UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　　　Case No.　8:20-mj-1518-AEP

v.

☐ Evidentiary
☐ Trial
☒ Other- Initial Appearance/Preliminary Hearing

MUHAMMED MOMTAZ AL-AZHARI

# DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Description of Exhibit |
|---|---|---|---|
| 1 | 5/27/2020 | 5/27/2020 | News Article |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |