UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-206-T-02AEP

MUHAMMED MOMTAZ AL-AZHARI

### AMENDED BILL OF PARTICULARS
(Forfeiture)

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following assets are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment:

a. Approximately $1,352.73 seized from Bank of America account number 898109056523, held the name of Muhammed Alazhari;

b. $297.18 in United States currency from the person of Muhammed Momtaz Al-Azhari;

c. $300.00 in United States currency;

d. A SilencerCo Osprey silencer, serial number OSP9M-5489;

e. A Glock 17 pistol, serial obliterated, with accompanying magazines;

f. A black knife in army green sheath;

g. A Milwaukee insulation knife;

h. A Milwaukee knife and black blade cover/sheath;

      i.       A Razor Tactical red/black pocket knife;

      j.       A DeWALT folding pocket knife;

      k.       A black tactical stun gun;

      l.       82 rounds Ramset .22 caliber (Mastershot, Triggershot, Hammershot) powder loads;

      m.       A small black crossbow (no make/no model);

      n.       A Razor Tactical folding pocket knife;

      o.       A black Under Armour backpack;

      p.       A Walther UZI .22-caliber rifle, serial number W1002377;

      q.       26 rounds of .22 ammunition;

      r.       A Butt Stock with green sling/strap;

      s.       44 rounds of Frontier Luger 9mm ammunition in Hornady; box;

      t.       A SCCY Industries CPX-1 CB Pistol, serial number 492782;

      u.       An Apple iPhone 6s, IMEI: 356141096454113;

      v.       An LG Premier Pro LTE, serial number GPLML413DCG8; and

  w. Drone (2.4 GHZ collapsible aircraft), Model E58-498-4K, with remote and accessories;

  x. A black face mask and black tactical vest; and

  y. Solvent filter

      Respectfully Submitted,

      MARIA CHAPA LOPEZ
      United States Attorney

By: *s/James A. Muench*
   JAMES A. MUENCH
   Assistant United States Attorney
   Florida Bar Number 472867
   400 North Tampa Street, Suite 3200
   Tampa, Florida 33602
   (813) 274-6000 – telephone
   E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
