UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                            CASE NO. 8:20-cr-206-T-60AEP

MUHAMMED MOMTAZ AL-AZHARI

**UNITED STATES' MOTION TO AMEND
PROTECTIVE ORDER REGARDING DISCOVERY**

The United States of America moves the Court pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure to amend the Court's protective order (Doc. 55) prohibiting the unauthorized disclosure of certain discovery materials and information contained therein to non-litigants. The United States contacted defense counsel, does not oppose this motion. In support of this motion, the United States states as follows:

On July 28, 2020, the Court granted the United States' motion for a protective order as to certain discovery materials and information (referred to as "Sensitive Information"). Doc. 55. Apart from a clarification to paragraph 8 of the proposed order, defense counsel did not object to the motion or order. Doc. 56.

Following the hearing, lawyers with the Federal Bureau of Investigation

1

("FBI"), who must review and approve much of the discovery and disclosures in this case, informed the undersigned that the FBI had requested that additional language be included in the protective order. This language is consistent with protective orders that the United States has sought in similar national security cases in other districts.

The additional language is as follows (underlined):

- Paragraph 9, add the following: "Defense counsel shall maintain a list of persons to whom Sensitive Information materials are disclosed. Defense counsel shall also maintain a record of any copies of Sensitive Information that the defense team creates and a record of any third parties to whom Sensitive Information is disclosed upon the Court's authorization."

- New paragraph 12(d): "The United States may pixelate or otherwise minimally redact portions of any recordings in which an UCE, CHS or OCE can be seen, so as to avoid capturing that person's true image, and such pixelated/redacted recordings may be provided to defense counsel. Defense counsel and members of the defense team may review the unpixelated/unredacted versions of such recordings upon request at an FBI facility or similarly secured space, but the United States need not

> produce copies of the same to defense counsel prior to trial."

- Old paragraph 12(d), add the following:   The United States may request to delete the true name of an UCE, CHS or OCE from discovery.   The United States may also request to delete the cover name and/or online account name of an UCE, CHS or OCE<u>, or another other items that might tend to identify an UCE, CHS or OCE,</u> from discovery if such deletion is necessary to protect the identity and security of that person.

The paragraph currently numbered 12(d) would become 12(e).   All other provisions of the order would remain the same.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court amend the protective order as to the discovery of Sensitive Information per the above.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   */s/ Patrick D. Scruggs*
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:     (813) 274-6000
E-mail: patrick.scruggs@usdoj.gov

3

| | |
|---|---|
| U.S. v. Muhammed Al-Azhari | Case No. 8:20-cr-206-T-60AEP |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice electronic filing to the following:

Samuel Landes, Esq.

/s/ *Patrick D. Scruggs*
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 North Tampa Street, Ste. 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6125
E-mail:   patrick.scruggs@usdoj.gov

4