# DEPARTMENT OF JUSTICE
## Bureau of Alcohol, Tobacco, Firearms and Explosives
## Enforcement Programs and Services Processing Times

*(The below timeframes represent the average processing of perfected paper applications)*

| NFA Division | Months |
|---|---|
| ATF Form 1 — Application to Make and Register a Firearm | 3 |
| ATF Form 2 — Notice of Firearms Manufactured or Imported | 1 |
| ATF Form 3 — Application for Tax-Exempt Transfer (SOT) | 1 |
| ATF Form 4 — Application for Tax paid Transfer and Registration | 7 |
| ATF Form 5 — Application for Tax-Exempt Transfer and Registration | 1 |
| ATF Form 9 — Application and Permit for Permanent Exportation | 1 |

| FATD | Months |
|---|---|
| Marking Variances | 3 |

| Imports Branch | Weeks |
|---|---|
| ATF Form 6 — Application and Permit for Importation | 6 |
| ATF Form 6 NIA — Application and Permit for Importation – Non Immigrant | 6 |

| FELC | Months |
|---|---|
| ATF F 5400.13/16 — Application for Explosives License or Permit | 3 |
| ATF F 5400.28 — Employee Possessor Questionnaire (EPQ) | 3 |

| FFLC | Months |
|---|---|
| ATF F 7 — Application for Federal Firearms License | 2 |

*Statistical Information as of: March 31, 2020*
**Processing times depicted above represent average processing times.*
***Information will be updated every 90 Days.*

ATF has taken a number of steps to address the unprecedented receipt of over 276,000 tax paid NFA applications just prior to the July 13, 2016, effective date of the Final Rule regarding legal entities (41F). ATF has augmented normal data entry efforts so that all applications are now accounted for within days of receipt. ATF is currently applying additional overtime resources and providing an increased level of effort to the research and perfection of pipeline applications. ATF will continue to surge application processing 7 days a week. ATF is also diligently working to bring tax paid applications to the eForms portal for efficient workflow management. Lastly, all business processes are being re-examined to maximize efficiency of paper application handling and leverage technology where possible.