UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:20-cr-206-T-60AEP

MUHAMMED MOMTAZ AL-AZHARI,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S "MOTION FOR BILL OF PARTICULARS"**

This matter is before the Court on Defendant's "Motion for Bill of Particulars," filed by counsel on August 31, 2020. (Doc. 72). On October 5, 2020, the United States filed a response in opposition. (Doc. 91). On November 6, 2020, Defendant filed a reply. (Doc. 102). Upon review of the motion, response, court file, and the record, the Court finds as follows:

**Background**

Defendant Muhammed Momtaz Al-Azhari has been charged with attempting to provide material support or resources to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B. According to the allegations of the complaint, Defendant – a 23-year old American citizen – acquired weapons and other equipment (including a military-style bullet-proof vest, laser pointer, GPS tracking device, camera drone, backpack with charging cable, and face mask, as well as car fuel trap solvent filter which can be used to make silencers) for the purpose of carrying out attacks on individuals in this community in support of the foreign terrorist organization known as the Islamic State of Iraq and al-Sham ("ISIS"). In his

interactions with an FBI confidential source, Defendant allegedly expressed his hatred of the United States, his support of ISIS, and his admiration for Omar Mateen, the individual who carried out the Pulse nightclub shootings in Orlando, Florida, in 2018. He also allegedly consumed ISIS propaganda and made statements including "I want to join ISIS" and "I am ISIS" on several different occasions.

Defendant was observed by law enforcement driving to various sites, including the Pulse nightclub in Orlando, the FBI field office in Tampa, and Honeymoon Island in Pinellas County.  According to the FBI agent affidavit supporting the complaint and testimony at the detention hearing, Defendant's visits to these sites, acquisition of weapons, and other conduct, along with his statements, are consistent with an extremist ideology that encourages "lone-wolf terrorist attacks against individuals in the United States."

## Legal Standard

The Federal Rules of Criminal Procedure provide that Court "may direct the government to file a bill of particulars." Fed. R. Crim. P. 7(f).  "The purpose of a bill of particulars it to inform the defendant of the charge against him with sufficient precision to allow him to prepare his defense, to minimize surprise at trial, and to enable him to plead double jeopardy in the event of a later prosecution for the same offense." *United States v. Cole*, 755 F.2d 748, 760 (11th Cir. 1985).  It may not be used to obtain a detailed explanation of the government's case or anticipated evidence in advance of trial.  *See United States v. Roberts*, 174 F. App'x 475, 477 (11th Cir. 2006).

## Analysis

In his motion, Defendant moves the Court to order the Government to file a bill of particulars specifying what "services" he is alleged to have provided in Count One. The indictment in this case tracks the statutory language and adequately informs Defendant of the charges pending against him. Count One of the indictment charges that Defendant "knowingly attempted to provide material support and resources, namely personnel (including himself) and services" to ISIS in violation of 18 U.S.C. § 2339B.

The Court further notes that the criminal complaint and accompanying affidavit, which have already been disclosed, set out much of the key evidence against Defendant. The facts set forth in the complaint suggest three different ways Defendant attempted to provide material support or resources to ISIS – personnel in the form of himself, personnel through his recruitment of CHS-1, and services in the form of an attack on behalf of ISIS, which was meant to further its terroristic goals. Based on what has been disclosed thus far, and what will be disclosed through discovery, Defendant can adequately prepare for trial and avoid any unfair surprise. The motion is denied.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 14th day of December, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**