UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-206-T-60AEP

MUHAMMED MOMTAZ AL-AZHARI   FILED WITH THE CLASSIFIED
INFORMATION SECURITY OFFICER

*EX PARTE*
*IN CAMERA*

**UNDER SEAL**

**GOVERNMENT'S CLASSIFIED *IN CAMERA*, *EX PARTE* MEMORANDUM OF LAW AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTIONS 4 AND 8 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND <u>FEDERAL RULE OF CRIMINAL PROCEDURE RULE 16(d)(1)</u>**

*(Redacted Docket Halfsheet)*