# FAA REGISTRY

## N-Number Inquiry Results

| N-NUMBER ENTERED: 288JY | | | |
|---|---|---|---|
| Serial Number | T20608913 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 09/16/2009 |
| Model | T206H | Expiration Date | 04/30/2024 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 50566222 |
| MFR Year | 2009 | Mode S Code (Base 16 / Hex) | A2EC92 |
| Type Registration | Corporation | Fractional Owner | NO |

| REGISTERED OWNER | | | |
|---|---|---|---|
| Name | NATIONAL AIRCRAFT LEASING CORP | | |
| Street | 4001 KENNETT PIKE # 605 | | |
| City | GREENVILLE | State | DELAWARE |
| County | NEW CASTLE | Zip Code | 19807-2315 |
| Country | UNITED STATES | | |

| AIRWORTHINESS | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| | | | |
|---|---|---|---|
| A/W Date | 02/05/2009 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

None

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None