# FAA REGISTRY

## N-Number Inquiry Results

| N-NUMBER ENTERED: 404KR | | | |
|---|---|---|---|
| Serial Number | 18282203 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 06/08/2010 |
| Model | 182T | Expiration Date | 07/31/2023 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 51136156 |
| MFR Year | 2009 | Mode S Code (Base 16 / Hex) | A4BC6E |
| Type Registration | Corporation | Fractional Owner | NO |
| **REGISTERED OWNER** | | | |
| Name | OBR LEASING | | |
| Street | PO BOX 725 | | |
| City | BRISTOW | State | VIRGINIA |
| County | LOUDOUN | Zip Code | 20136-0725 |
| Country | UNITED STATES | | |
| **AIRWORTHINESS** | | | |
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| A/W Date | 12/18/2009 | Exception Code | No |
|---|---|---|---|

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

| Certificate Number | T204182 | Issue Date | 06/29/2020 | Expiration Date | 07/29/2020 |
|---|---|---|---|---|---|

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None