# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 411CP

| | | | |
|---|---|---|---|
| Serial Number | 18282232 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 08/25/2010 |
| Model | 182T | Expiration Date | 01/31/2024 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 51154027 |
| MFR Year | 2010 | Mode S Code (Base 16 / Hex) | A4D817 |
| Type Registration | Corporation | Fractional Owner | NO |

### REGISTERED OWNER

| | |
|---|---|
| Name | KQM AVIATION |
| Street | PO BOX 502 |
| City | BRISTOW |
| State | VIRGINIA |
| County | LOUDOUN |
| Zip Code | 20136-0502 |
| Country | UNITED STATES |

### AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| | | | |
|---|---|---|---|
| A/W Date | 06/29/2010 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

## OTHER OWNER NAMES

None

## TEMPORARY CERTIFICATES

None

## FUEL MODIFICATIONS

None

## DEREGISTERED AIRCRAFT

**Deregistered Aircraft 1 of 1**

### Aircraft Description

| | | | |
|---|---|---|---|
| Serial Number | 32-7500003 | Certificate Issue Date | 11/25/2003 |
| Manufacturer Name | PIPER | Mode S Code (base 8 / oct) | 51154027 |
| Model | PA-32-260 | Mode S Code (base 16 / hex) | A4D817 |

| Aircraft Registration Prior to Deregistration ||
|---|---|
| Name | RHR EQUIPMENT LEASING LLC |
| Street | 930 CIRCASSIAN CT |
| City | ALPHARETTA |
| State | GEORGIA |
| | Zip Code  30022-8028 |
| Country | UNITED STATES |

| Deregistered Airworthiness ||||
|---|---|---|---|
| Engine Manufacturer | LYCOMING | Classification | Standard |
| Engine Model | 0-540 SERIES | Category | |
| A/W Date | | Exception Code | No |

| Deregistered Other Owner Names ||
|---|---|
| None ||