# FAA REGISTRY

## N-Number Inquiry Results

| N-NUMBER ENTERED: 539MY | | | |
|---|---|---|---|
| Serial Number | 18282238 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 11/01/2016 |
| Model | 182T | Expiration Date | 11/30/2022 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 51551406 |
| MFR Year | 2010 | Mode S Code (Base 16 / Hex) | A6D306 |
| Type Registration | Corporation | Fractional Owner | NO |
| **REGISTERED OWNER** | | | |
| Name | NG RESEARCH | | |
| Street | PO BOX 722 | | |
| City | BRISTOW | State | VIRGINIA |
| County | LOUDOUN | Zip Code | 20136-0722 |
| Country | UNITED STATES | | |
| **AIRWORTHINESS** | | | |
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| A/W Date | 07/22/2010 | Exception Code | No |

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

None

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None