# FAA REGISTRY

## N-Number Inquiry Results

### N-NUMBER ENTERED: 907WK

| | | | |
|---|---|---|---|
| Serial Number | 18282197 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 03/23/2010 |
| Model | 182T | Expiration Date | 11/30/2022 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 53105453 |
| MFR Year | 2009 | Mode S Code (Base 16 / Hex) | AC8B2B |
| Type Registration | Corporation | Fractional Owner | NO |

### REGISTERED OWNER

| | |
|---|---|
| Name | NATIONAL AIRCRAFT LEASING CORP |
| Street | 4001 KENNETT PIKE # 605 |
| City | GREENVILLE |
| State | DELAWARE |
| County | NEW CASTLE |
| Zip Code | 19807-2315 |
| Country | UNITED STATES |

### AIRWORTHINESS

| | | | |
|---|---|---|---|
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| A/W Date | 11/03/2009 | Exception Code | No |
|---|---|---|---|

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

None

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None