# FAA REGISTRY

## N-Number Inquiry Results

| N-NUMBER ENTERED: 959JT | | | |
|---|---|---|---|
| Serial Number | T20608983 | Status | Valid |
| Manufacturer Name | CESSNA | Certificate Issue Date | 01/14/2011 |
| Model | T206H | Expiration Date | 01/31/2023 |
| Type Aircraft | Fixed Wing Single-Engine | Type Engine | Reciprocating |
| Pending Number Change | None | Dealer | No |
| Date Change Authorized | None | Mode S Code (base 8 / Oct) | 53253360 |
| MFR Year | 2010 | Mode S Code (Base 16 / Hex) | AD56F0 |
| Type Registration | Corporation | Fractional Owner | NO |
| **REGISTERED OWNER** | | | |
| Name | PSL SURVEYS | | |
| Street | PO BOX 756 | | |
| City | BRISTOW | State | VIRGINIA |
| County | LOUDOUN | Zip Code | 20136-0756 |
| Country | UNITED STATES | | |
| **AIRWORTHINESS** | | | |
| Type Certificate Data Sheet | None | Type Certificate Holder | None |

| A/W Date | 10/01/2010 | Exception Code | No |
|---|---|---|---|

The information contained in this record should be the most current Airworthiness information available in the historical aircraft record. However, this data alone does not provide the basis for a determination regarding the

airworthiness of an aircraft or the current aircraft configuration. For specific information, you may request a copy of the aircraft record at

http://aircraft.faa.gov/e.gov/ND/

### OTHER OWNER NAMES

None

### TEMPORARY CERTIFICATES

None

### FUEL MODIFICATIONS

None

### DEREGISTERED AIRCRAFT

None