FD-1055 (Rev. 08-17-12)

# FEDERAL BUREAU OF INVESTIGATION
### Physical Surveillance Log

**Title:** ▮ Surveillance of Muhammed Momtaz Alazhari on 5/7/2020     **Date:** 05/28/2020

**CC:** ▮

**Approved By:** ▮

**Drafted By:** ▮

**Case ID #:** ▮ FISUR sub file ▮

**Enclosure(s):** Enclosed are the following items:
1. ▮ Alazhari surveillance log 5/7/2020 7AM-3PM shift

**Office Conducting Surveillance:** TP

**Surveillance Type:** ▮
**Started:** 05/07/2020 06:30 AM EDT
**Ended:** 05/07/2020 02:38 PM EDT

**Teams:**



Title: ▮ Surveillance of Muhammed Momtaz Alazhari on 5/7/2020
Re: ▮ 05/28/2020

**Details:**

Surveillance in the vicinity of 2212 E. Henry Ave, Tampa, FL. The subject's vehicle, a bronze Infinity bearing Florida tag LZIL68, was parked in the lot of 5707 N. 22nd St, Tampa, FL. The subject, Muhammed Momtaz Alazhari, was not observed.

**Observations:**
  **Observed:**   05/07/2020 07:00 AM EDT
  **Observation:**
  ▮ Surveillance in the vicinity of 2212 E. Henry Ave, Tampa, FL. The subject's vehicle, bronze Infinity bearing Florida tag LZIL68, was parked in the lot of 5707 N. 22nd St, Tampa, FL. The subject, Muhammed Momtaz Alazhari, was not observed.
  **Observer(s):** ▮

♦♦

2

DISC-05436

File #: ███████████

Date: 05/07/2020

Activity or Surveillance regarding: Muhammed Momtaz Alazhari

Instituted at: 2212 E. Henry Ave, Tampa FL

Conducted by: ███████████

| Time: | Initials: | Activity: |
|---|---|---|
| 6:37 AM | All | Surveillance Initiated - Subject vehicle Infiniti LZ1L68 parked in lot of 5707 N 22nd St., Tampa FL. |
| 2:38 PM | All | Surveillance terminated |

Page 1 of 1 pages

Log Writer: ███████████