FD-1055 (Rev. 08-17-12)

# FEDERAL BUREAU OF INVESTIGATION
## Physical Surveillance Log

**Title:** ███ MM SOG Surveillance on 5/7/20 2:38 pm-10:46pm          **Date:** 05/14/2020

**CC:**

**Approved By:**

**Drafted By:** Terry Alan Specyal

**Case ID #:**                      ████████  Muhammed Momtaz ALAZHARI (USPER)

**Enclosure(s):** Enclosed are the following items:
1. ███  Surveillance notes 5/7/2020 on Muhammed Alazhari

**Office Conducting Surveillance:** MM

**Surveillance Type:** SOG
**Started:** 05/07/2020 02:38 PM EDT
**Ended:** 05/07/2020 10:46 PM EDT

**FD-1054 Covered:**                          Serial 103

**Teams:**
███          Terry Alan Specyal
             Edward R Liebler
             Joseph Jeziorski, Jr.

Title: ████ MM SOG Surveillance on 5/7/20 2:38 pm-10:46pm
Re: ████████        05/14/2020


        D L Tripp Rentz (Team Leader)
        KING DAVID J

**Details:**

Surveillance.

**Observations:**

   **Observed:** 05/07/2020 02:38 PM EDT
   **Observation:**
   ████  Surveillance initiated on Muhammed Alashari (Alashari) in
   the vicinity of Grace Point Medical Health Clinic (GRACE) located
   at 2208 E Henry Ave, Tampa, FL 33604. Known 2001 Bronze Infinity 4
   door FL Tag LZIL68 present and parked in lot at GRACE.
   **Observer(s):**        (FBI) Edward R Liebler


   **Observed:** 05/07/2020 10:46 PM EDT
   **Observation:**
   ████  Alashari not observed, surveillance discontinued.
   **Observer(s):** (FBI) Terry Alan Specyal, Edward R Liebler, Joseph
                 Jeziorski, Jr., D L Tripp Rentz, KING DAVID J


◆◆

DISC-04649

# FBI MIAMI SURVEILLANCE LOG

DATE OF SURVEILLANCE: May 7, 2020

FILE NUMBER: ███████████

LOG WRITER: Speyel, Terry

CASE AGENT: Melissa Fair

SOG, SSG, Hybrid & Team: TAY

## SURVEILLANCE TEAM MEMBERS

| NAME | SIGNAL/INITIALS | SIGNATURE |
|------|-----------------|-----------|
| Speyal, Terry | ███ | ███ |
| King, David | | |
| Liebler, Edward | | |
| Jeziorski, Joseph | | |
| Rentz, Tripp | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SIGNAL/INITIALS | TIME | ACTIVITY/OBSERVATION: |
|-----------------|------|-----------------------|
| ███ | 1438 | Surveillance initiated on Muhammed Alyzhri (Alazhari) in the vicinity of Grace Point Medical Health Clinic (Grace) located at 2208 E Henry Ave, Tampa, FL 33604. Known 2001 Bronze Infinity 4 door FL Tag LZIL68 present and parked in lot near Grace. |
| | 2246 | Surveillance discontinued. |
| | | |

Page 1 of 1

# FBI MIAMI SURVEILLANCE LOG

## (CONTINUATION PAGE)

DATE OF SURVEILLANCE: _____

FILE NUMBER: _____

LOG WRITER: _____

CASE AGENT: _____

SOG, SSG, Hybrid & Team: _____

| SIGNAL/INITIALS | TIME | ACTIVITY/OBSERVATION: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Page ____ of ____