FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ██ Consent search of 3003 Spillers Ave #B,      **Date:** 05/07/2020
Tampa, FL 33619

**From:** TAMPA

**Drafted By:** JONES DEANA MARIE

Muhammed Momtaz ALAZHARI (USPER)

**Synopsis:** ██ To document the consent search of 3003 Spillers Ave #B,
Tampa, FL 33619



**Enclosure(s):** Enclosed are the following items:
1. ██ Consent to search
2. ██ Disc containing photographs take during search

### Details:

On 1 May 2020 into 2 May 2020, a consent search of the residence located
at 3003 Spillers Ave #B, Tampa, FL 33619 was executed. The consent to
search was provided by Muna Alazhari, both verbally and through a signed
FD-26 Consent to Search form. The search included the following
participants:

   SA Melissa Fair, FBI

Title: ████   Consent search of 3003 Spillers Ave #B, Tampa, FL 33619
Re: ████████ , 05/07/2020

SA Deana Jones, FBI

On 1 May 2020, at approximately 9:40pm, Muhammed Alazhari contacted Muna
telephonically from the Hillsborough County Sheriff's Office - Orient
Road Jail. Alazhari told Muna he had a "toy" in his car and other "toys"
at his residence, 3003 Spillers Ave #B, Tampa, FL 33619.
Muna believed when Alazhari said "toys" he was referring to
guns. Alazhari asked Muna to come to the Orient jail that evening and he
would authorize her to get his keys for his vehicle and residence.
Alazhari asked Muna to get rid of the "toys" and take everything.
Muna surmised Alazhari, upon release from jail, would flee from Tampa.

On 1 May 2020, at approximately 9:46pm Muna contacted SA Fair via text m
essage. SA Fair then spoke to Muna telephonically. Muna told SA Fair she
did not know what to do about getting the "toys" and other items Alazhari
asked her to get rid of. Muna asked if she should call the police to help
her discard the guns or if the FBI could help. SA Fair told Muna SA Fair
could help if that made her feel better. SA Fair agreed to meet Muna at
the Orient jail.

SA Fair and SA Jones made contact with Alazhari at approximately 11:18pm
at the Orient Jail, located at 1201 Orient Rd, Tampa, FL 33619.
Muna attempted to obtain Alazhari's keys, but they were not part of his
possessions in inventory.

Muna advised although she did not have the keys, she wanted the agents to
go with her to Alazhari's house and try and get the guns. Muna advised
she would try the door and windows to see if any were unlocked. At
approximately 11:33, agents followed Muna in her vehicle to Alazhari's
residence.

At approximately 11:49pm, Muna and Agents arrived Alazhari's residence,
3003 Spillers Ave, Tampa, FL 33619. Muna provided consent to search the

2

Title: ████    Consent search of 3003 Spillers Ave #B, Tampa, FL 33619
Re: ████████████ , 05/07/2020

residence at approximately 11:51pm and Muna and agents entered the
residence.

The following items were located inside the residence:

- One (1) White plastic trash bag containing miscellaneous paperwork

- One (1) Alcatel Joy Tab Smart Phone box - ALC9029Z JoyTab 32GB
BLK TMUS Kit (IMEI: 015608001890675)

- One (1) White plastic shopping bag containing miscellaneous
paperwork

- One (1) box of Ramset 22 cal (Ramset Mastershot, Triggershot,
Hammershot); 82 rounds

- One (1) Remington 22 Golden Bullet (22 Long rifle); 5 rounds

- One (1) Dark blue Verizon Nokia (IMEI: 359019090138485)

- One (1) Hornady 99mm Lugar 115gr FMJ ammunition

- One (1) Black crossbow (small)

- One (1) Black 22 cal Walther Uzi (S/N: W1002377)

- One (1) Dodgers notebook

- One (1) Yellow subject notebook

- One (1) White/gold notebook

- One (1) Purple/blue composition notebook

- One (1) Black notebook

- One (1) Small black memo book

Title: █████ Consent search of 3003 Spillers Ave #B, Tampa, FL 33619
Re: █████████████ , 05/07/2020

- One (1) Butt stock with Army green sling

- One (1) Black knife in Army green case

- One (1) Tactical stun gun (black)

- One (1) 22 Walther magazine with 20 rounds + 1 in gun chamber

- One (1) Milwaukee knife

- One (1) Milwaukee knife with black cover

- One (1) Red/black pocket knife (razor tactical)

- One (1) Dewalt knife

- One (1) Black Beanie

- One (1) IBM mouse for computer

- One (1) Spectrum wifi network info card

- One (1) Black Lenovo Laptop, serial# PFOK4J7Y; model# PF9xB6A19005

- One (1) Black Lenovo Laptop charger, serial# (IS)GX20K11838R304X0VQ

- One (1) SAM A205U 32G Blk TMUS kit (white box); IMEI: 352741115744073

Muna was present during the entire search process.

At the conclusion of the search of 3003 Spillers Ave #B, Tampa, FL 33619, the above-identified items were secured and transported to FBI Tampa, 5525 W. Gray Street, Tampa, FL 33609.

A copy of the consent form and a disc containing photographs taken during the search are attached as a 1A for inclusion in the case file.

DISC-02498

Title: ███ Consent search of 3003 Spillers Ave #B, Tampa, FL 33619
Re: ███████ , 05/07/2020

◆◆

DISC-02499

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

## **CONSENT TO SEARCH**

1.  I have been asked by Special Agents of the Federal Bureau of
    Investigation to permit a complete search of:

    (Describe the person(s), place(s), or thing(s) to be searched.)

    3003 Spillers Ave. Apt. B, Tampa FL

    I give my consent and authorization to
    enter and search 3003 Spillers Ave. Apt. B
    Tampa FL and to take possession and
    dispose of property inside as directed
    by my brother Muhammad Atazhari
    and I abandon any interest herein.

2.  I have been advised of my right to refuse consent.

3.  I give this permission voluntarily.

4.  I authorize these agents to take any items which they determine may
    be related to their investigation.

2 May 2020
_____          _____
Date                                    Signature

Witness                         _____

███████████

Physical 1A/1C Cover Sheet for Serial Export

**Created From:**        ████████████

                         Serial 176
**Package:**             1A110
**Stored Location:**     None
**Summary:**             ██  Consent to Search
                         (FD-26) and photographs
**Acquired By:**         MELISSA MCMULLEN FAIR
**Acquired On:**         2020-05-01
**Attachment:**          ██  Disc containing
                         photographs take during
                         search

DISC-02501



DISC-02502





DISC-02504



DISC-02505





DISC-02507



DISC-02508







DISC-02511





DISC-02513



DISC-02514







DISC-02517



DISC-02518



DISC-02519



DISC-02520



DISC-02521



DISC-02522



DISC-02523



DISC-02524









DISC-02528





DISC-02530





DISC-02532



DISC-02533



DISC-02534



DISC-02535



DISC-02536



DISC-02537



DISC-02538



DISC-02539





DISC-02541



DISC-02542











DISC-02547



DISC-02548



DISC-02549



DISC-02550









DISC-02554



DISC-02555



DISC-02556



DISC-02557



DISC-02558



DISC-02559



DISC-02560



DISC-02561



DISC-02562



DISC-02563





DISC-02565





DISC-02567



DISC-02568



DISC-02569



DISC-02570



DISC-02571



DISC-02572



DISC-02573

Code en force
813-274-6066



DISC-02575





DISC-02577



DISC-02578



DISC-02579



DISC-02580



DISC-02581



DISC-02582









DISC-02586



DISC-02587



DISC-02588

DISC-02589



DISC-02590





DISC-02592



DISC-02593



DISC-02594



DISC-02595



DISC-02596



DISC-02597













DISC-02603



DISC-02604