UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                       Case No. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ ALAZHARI

_____/

**U<small>NOPPOSED</small> M<small>OTION FOR</small> L<small>EAVE TO</small> F<small>ILE</small> A M<small>OTION FOR THE</small> D<small>ISCLOSURE OF</small> M<small>ATERIALS UNDER THE</small> F<small>OREIGN</small> I<small>NTELLIGENCE</small> S<small>URVEILLANCE</small> A<small>CT IN</small> E<small>XCESS OF</small> 25 P<small>AGES</small>**

N<small>OW</small> C<small>OMES</small> Defendant, Muhammed Alazhari, by and through undersigned counsel, and moves this Court for leave to file a motion for the disclosure of materials under the Foreign Intelligence Surveillance Act (FISA) of about 32 pages.

**M<small>EMORANDUM OF</small> L<small>AW</small>**

In this terrorism-related prosecution, the Government has filed a notice that it intends to rely on evidence obtained or derived from surveillance and searches conducted under the authority of FISA, 50 U.S.C. § 1801 *et seq*. (Doc. 26).  The Government has not provided the Defense with the materials related to the proceedings in the Foreign Intelligence Surveillance Court in discovery, and defense counsel has prepared a motion asking the Court to order the Government to provide the Defense with those materials.  *See* 50 U.S.C. § 1806(f), 1825(g) (providing the authority and procedures for such a motion).  However, lacking the materials themselves, defense counsel cannot know all grounds for relief, and so to some

extent is "punching at shadows." *See United States v. Belfield*, 692 F.2d 141, 147 (D.C. Cir. 1982). In an effort to advance all possible grounds for relief without access to many of the salient facts, the draft motion runs to 32 pages.

By rule, a motion must not exceed 25 pages without leave of court. Here, the Court should grant leave to file a 32-page motion because of the complexity of the facts and law, and because of defense counsel's need to raise all potential issues without access to the relevant material.

The Government does not oppose the relief requested by this motion.

DATED this 21st day of June 2022.

    Respectfully submitted,

    A. FITZGERALD HALL, ESQ.
    FEDERAL DEFENDER

    */s **Samuel E. Landes***
    Samuel E. Landes, Esq.
    D.C. Bar No. 1552625
    Assistant Federal Defender
    400 North Tampa Street
    Suite 2700
    Tampa, Florida 33602
    Telephone:  (813) 228-2715
    Facsimile:  (813) 228-2562
    Email:  Samuel_Landes@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st of June 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Patrick Scruggs.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender