UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ ALAZHARI

_____/

### UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY

NOW COMES Defendant, by and through undersigned counsel, and moves this Court to grant him leave to file a reply to the Government's Response (Doc. 259) to his Motion to Reconsider.

### MEMORANDUM OF LAW

Mr. Alazhari moved to dismiss Count Two and Count Three as violating his Second Amendment right to keep and bear arms. (Doc. 71). This Court denied the motion. (Doc. 109). Then, the Supreme Court decided *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). In that case, the Court provided a new definition of "arms" as used in the Second Amendment, and provided a new framework for analyzing Second Amendment claims. Mr. Alazhari moved to reconsider this Court's order denying his motion in light of *Bruen* (Doc. 254), and the Government has now responded (Doc. 259). In its response, the Government argues (1) that a silencer is not an "arm" within the meaning of the Second Amendment, (2) that silencers are "dangerous and unusual" weapons excepted from the protections of

the Second Amendment, (3) that the National Firearms Act (NFA) does not "infringe" on the right to keep and bear arms within the meaning of the Second Amendment, and (4) that any presumption of protection for silencers is overcome by analogous historical precedent.  Mr. Alazhari seeks leave to file a 10-page reply responding to each argument, though the reply would focus mostly on the Government's fourth argument.

A party may file a reply only with leave of Court, and must specify the need for and length of the proposed reply.  Local Rule 3.01(d).  Here, this Court should grant leave for Mr. Alazhari to file a reply of approximately 10 pages to address the Government's new arguments in defense of the NFA.  The Government does not oppose the relief requested by this motion.

DATED this 26th day of August 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th of August 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Patrick Scruggs.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender