## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 8:20-cr-206-TPB-AEP**

**MUHAMMED MOMTAZ ALAZHARI**

_____/

## REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER THE COURT'S ORDER DENYING THE DEFENSE MOTION TO DISMISS AS TO COUNT TWO AND COUNT THREE

Mr. Alazhari moved to dismiss Count Two and Count Three of the indictment, charging him with receiving and possessing an unregistered silencer in violation of the National Firearms Act (NFA). Doc. 71 at 11-25. This Court denied the motion. Doc. 109. Mr. Alazhari then moved to reconsider in light of *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). Doc. 254. The Government responded in opposition (Doc. 259), and this Court granted Mr. Alazhari leave to file a reply (Doc 264). This is that reply.

The Government's main effort is to avoid discussing *Bruen* at all. Where the Government does take on the burden imposed upon it by *Bruen*, it fails, because none of the historical sources it points to are sufficiently analogous to establish an American historical tradition of arms regulation comparable to the NFA's regulation of silencers.

**I.  Silencers are "arms" within the meaning of the Second Amendment.**

In *Bruen*, the Court explained for the first time that "arms," within the meaning of the Second Amendment, includes "modern instruments that facilitate armed self-defense."  *Id.* at 2132 (citing *Caetano v. Massachusetts*, 577 U.S. 411, 411-412 (2016) (per curiam)).  Under this definition, a silencer is rather obviously a "modern instrument" that "facilitates" "armed" "self-defense."  The Second Amendment therefore protects the right of the People to possess silencers.

The Government studiously ignores *Bruen*'s definition.  Without citation, the Government baldly asserts that "nothing in *Bruen* suggests that silencers fall within the meaning of 'arms' under the Second Amendment."  Doc. 259 at 3.  The Government then quotes more general language from *Bruen*, and relies on pre-*Bruen* lower court cases that have been abrogated.  *Id.* at 2-3.  But the Supreme Court meant what it said, and what it said straightforwardly applies to silencers.

**II.  Silencers are not "dangerous and unusual" today.**

The Government first takes pains to establish that the Second Amendment does not protect the possession of "dangerous and unusual" weapons.  Doc. 259 at 3-4.  Mr. Alazhari of course has no quarrel with this point.  *See Bruen*, 124 S. Ct. at 2143 (citing *District of Columbia v. Heller*, 554 U.S. 570, 627 (2008)) ("At most,

respondents can show that colonial legislatures sometimes prohibited the carrying of 'dangerous and unusual weapons' – a fact we already acknowledged in *Heller*.").

Next, the Government seeks to establish that silencers were "perceived as dangerous" when they were first invented, and that a small handful of states banned them in the early 20th century.  Doc. 259 at 5.  But that is entirely beside the point, because the relevant question is whether silencers are dangerous and unusual *now*:

> Drawing from this historical tradition, we explained [in *Heller*] that the Second Amendment protects only the carrying of weapons that are those "in common use at the time," as opposed to those that "are highly unusual in society at large."  Whatever the likelihood that handguns were considered "dangerous and unusual" during the colonial period, they are indisputably in "common use" for self-defense today.  They are, in fact, "the quintessential self-defense weapon."  Thus, even if these colonial laws prohibited the carrying of handguns because they were considered "dangerous and unusual weapons" in the 1690s, they provide no justification for laws restricting the public carry of weapons that are unquestionably in common use today.

*Bruen*, 142 S. Ct. at 2143 (quoting *Heller*, 554 U.S. at 627, 629).

As with handguns, so too with silencers.  In its focus on "perceptions" in the early 1900s, the Government avoids discussion of Mr. Alazhari's evidence that silencers are in common use for self-defense today, which includes an expert declaration on the self-defense applications of silencers, evidence that silencers are almost never used in crimes, the fact that 42 states make silencer possession lawful,

3

and the fact that more than 2.6 million silencers[1] are registered in the United States. Doc. 71 at 1-2, 14-15.  Silencers are thus not excepted from Second Amendment protection as "dangerous and unusual."

### III.  The NFA's tax, registration, and penalty scheme "infringes" on the right to possess a silencer.

The Government next argues that the Second Amendment only protects against the complete prohibition of silencer possession.  Doc. 259 at 6-7.  According to the Government, gun controls that only regulate rather than completely prohibit the possession of firearms do not "infringe" on the Second Amendment right.  Thus, the argument goes, because Mr. Alazhari could have "theoretically" complied with the NFA's requirements, the law does not "infringe" on his Second Amendment rights.

This argument, like the Government's others, is foreclosed by *Bruen*.  There, at issue was New York's scheme for licensing the public carry of firearms.  *Bruen*, 142 S. Ct. at 2111.  Under this scheme, a New Yorker could obtain a license to publicly carry a firearm by showing a special need for self-defense.  *Id*.  The law was not a complete prohibition on the public carry of firearms.  But the Supreme Court struck

---

[1] The Bureau of Alcohol, Tobacco, and Firearms (ATF) has updated this figure, which has increased substantially, since Mr. Alazhari filed his initial motion. Exhibit 1 at 15-16.

it down as a violation of the Second Amendment. *Id.* Regulations that do not amount to a complete ban, like the NFA, thus "infringe" on the right to keep and bear arms.

The Government's reliance on footnoted dicta in *Bruen* and Justice Kavanaugh's concurrence is no more persuasive on this point. *See* Doc. 259 at 6-7. In the *Bruen* footnote, the Court explained that so-called "shall-issue" licensing regimes do not "necessarily" violate the Second Amendment. 142 S. Ct. at 2138 n.9. At the same time, the Court noted, "That said, because any permitting scheme can be put toward abusive ends, we do not rule out constitutional challenges to shall-issue regimes where, for example, lengthy wait times in processing license applications or exorbitant fees deny ordinary citizens their right to public carry." *Id.* Justice Kavanaugh merely reiterated the gist of this footnote with the same limiting caveat. *See id.* at 2162 (Kavanaugh, J., concurring) ("[S]hall-issue licensing regimes are constitutionally permissible, subject of course to an as-applied challenge if a shall-issue licensing regime does not operate in that manner in practice.").

The NFA is not like the shall-issue regimes mentioned by the Court, in practice or design. Congress's purpose was to "curtail, if not prohibit" the possession of silencers. *See* Doc. 71-1. The NFA imposes a $200 "tax" on the transfer of a silencer, to be paid by the transferor, not the transferee. *See* 26 U.S.C. § 5811(b). While under shall-issue regimes the licensee may carry any lawful firearm he wishes,

5

the NFA requires the registration of each individual firearm to the transferee, and again it is the transferor who is responsible for registering the firearm to the transferee.  *See* 26 U.S.C. § 5841(b).  If the transferor does not pay the tax or register the firearm, the transferee may suffer the "harsh" 10-year penalty.  *See* 26 U.S.C. § 5871; *Staples v. United States*, 511 U.S. 600, 616 (1994).  The average wait time for a "perfected paper application" is 12 months.[2]  And the ATF uses the NFA to deputize itself as the enforcer of state and local law, by preventing the transfer of firearms if the transfer would put the recipient in violation of state or local law.  26 U.S.C. § 5812(a); 81 Fed. R. 2658-01, 2661 (2016); ATF, *National Firearms Act Handbook* 24 (2009) (Doc. 71-5).  Far from supporting the Government, Footnote 9 and the Kavanaugh concurrence demonstrate that the NFA is precisely the type of law that runs afoul of the Second Amendment.

## IV.  There is no American tradition of arms regulation comparable to the NFA's regulation of silencers.

Because the text of the Second Amendment applies to Mr. Alazhari's receipt and possession of a silencer, the burden shifts to the Government to "demonstrate that the regulation is consistent with this Nation's historical tradition of firearms regulation." *Bruen*, 142 S. Ct. at 2126.  To consider modern regulations the

---

[2] The ATF has likewise updated this figure since Mr. Alazhari's initial motion, which is up from 7 months.  Exhibit 2 at 2.

Founders could not have adopted themselves, *Bruen* requires "reasoning by

analogy." *Id*. at 2133.

> Like all analogical reasoning, determining whether a
> historical regulation is a proper analogue for a distinctly
> modern firearm regulation requires a determination of
> whether the two regulations are relevantly similar. And
> because everything is similar in infinite ways to everything
> else, one needs some metric enabling the analogizer to
> assess which similarities are important and which are not.
> For instance, a green truck and a green hat are relevantly
> similar if one's metric is "things that are green." They are
> not relevantly similar if the applicable metric is "things you
> can wear."

*Id*. (internal quotations omitted).

For the Second Amendment, two important metrics are "how and why the

regulations burden a law-abiding citizen's right to armed self-defense." *Id*.

"[W]hether modern and historical regulations impose a comparable burden on the

right of armed self-defense and whether that burden is comparably justified are

'*central*' considerations when engaging in an analogical inquiry." *Id*. (citing

*McDonald v. City of Chicago*, 561 U.S. 742, 767 (2010)). As to the required closeness

of the analogy, "courts should not uphold every modern law that remotely resembles

a historical analogue," though "analogical reasoning requires only that the

government identify a well-established and representative *analogue*, not a historical

*twin*." *Id*. (internal quotation omitted). For example, the historical tradition of

barring all firearms from "sensitive places" like legislative assemblies, polling places,

7

and courthouses would support a firearms ban in similar places, but does not support
a ban on firearms on the entire island of Manhattan.  *Id.*  Likewise, mid-19th century
surety statutes, which required certain people to post a bond upon a showing that
they were likely to breach the peace or cause an injury, did not support New York's
"may-issue" regime for all people.  *Id.* at 2148-50.

Applying *Bruen*'s historical reasoning-by-analogy approach to the NFA's
regulation of silencers, the Government's evidence falls far short.  The Government
points to two categories of historical evidence:  (1) colonial laws regulating the sale
and trade of arms, and (2) safety regulations in the 18th, 19th, and 20th centuries.
Doc. 259 at 8-9.  This evidence does not come close to meeting the Government's
burden of showing an American tradition of firearms regulation comparable to the
NFA's regulation of the receipt and possession of silencers.

Beginning with the colonial era commercial regulations, the Government uses
the wrong analogical metric.  The Government would have the Court use the metric
"laws that involve the exchange of firearms," and declare these colonial laws
analogous to the NFA.  But as a case on which the Government relies amply
demonstrates, the historical record draws a sharp distinction between the *sale*,
*importation*, or *exportation* of firearms, which was sometimes regulated, and the
*acquisition* of firearms, which was a corollary right essential to that of the right to
keep and bear arms.  *See Teixeira v. County of Alameda*, 873 F.3d 670, 677-78, 686-87

8

(9th Cir. 2017), *abrogated on other grounds by Bruen*, 142 S. Ct. at 2127; *see also Andrews v. State*, 50 Tenn. 165, 178 (1871) ("The right to keep arms, necessarily involves the right to purchase them, to keep them in a state of efficiency for use, and to purchase and provide ammunition suitable for such arms, and to keep them in repair.").

As to the more recent historical evidence involving safety regulations, the Government again misses the mark on the proper metric. As will often be the case under *Bruen*, the proper metrics are "how" and "why" the two regulations burden the right of armed self-defense. *See Bruen*, 142 S. Ct. at 2133. The historical laws to which the Government points are aimed at ensuring the safety and efficacy of firearms and gun powder through inspection regimes. But as the Government's own source ably demonstrates, the point of the NFA was to eliminate firearms Congress perceived to be particularly dangerous. Robert J. Spitzer, *Gun Accessories and the Second Amendment: Assault Weapons, Magazines, and Silencers*, 83 L. & Contemp. Probs. 231, 249 (2020). The NFA does so through an onerous and delayed system of fingerprinting, background checks, registration, and taxation. It then imposes severe penalties not on the people responsible for complying with this scheme, but on those who receive or possess the out-of-compliance silencers. The Government points to no historical precedent for such a means to attack any similar perceived societal

problem.[3]  It therefore fails in its burden, the NFA is unconstitutional as applied to Mr. Alazhari's receipt and possession of the silencer, and this Court should dismiss Count Two and Count Three.

**WHEREFORE** Defendant, Mr. Alazhari, prays this Court will reconsider its order denying his motion to dismiss, and dismiss Count Two and Count Three.

DATED this 6th day of September 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQUIRE
FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Email:  Samuel_Landes@fd.org

---

[3] Despite obvious differences with the NFA, perhaps the closest comparator within the Government's materials is a Florida law enacted in 1898, which "required a license for anyone owning 'a Winchester or repeating rifle,' and further required the licensee to 'give a bond running to the Governor of the State in the sum of one hundred dollars, conditioned on the proper and legitimate use of the gun with sureties to be approved by the county commissioners.'"  Spitzer, supra, at 77.  The Government makes no mention of this law or similar innovations that followed, probably because laws coming more than a century after the Second Amendment was adopted provide an exceedingly weak justification for providing a comparable American tradition of arms regulation at the time of ratification.  *See Bruen*, 142 S. Ct. at 2136-37.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th of September 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA Patrick Scruggs.

/s ***Samuel E. Landes***

Samuel E. Landes, Esq.

# DEFENSE EXHIBIT 1



Alcohol, Tobacco, Firearms and Explosives

# Firearms Commerce in the United States

## ANNUAL STATISTICAL UPDATE 2021

## Exhibit 1: Firearms Manufactured (1986 – 2019)

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 1986 | 662,973 | 761,414 | 970,507 | 641,482 | 4,558 | 3,040,934 |
| 1987 | 964,561 | 722,512 | 1,007,661 | 857,949 | 6,980 | 3,559,663 |
| 1988 | 1,101,011 | 754,744 | 1,144,707 | 928,070 | 35,345 | 3,963,877 |
| 1989 | 1,404,753 | 628,573 | 1,407,400 | 935,541 | 42,126 | 4,418,393 |
| 1990 | 1,371,427 | 470,495 | 1,211,664 | 848,948 | 57,434 | 3,959,968 |
| 1991 | 1,378,252 | 456,966 | 883,482 | 828,426 | 15,980 | 3,563,106 |
| 1992 | 1,669,537 | 469,413 | 1,001,833 | 1,018,204 | 16,849 | 4,175,836 |
| 1993 | 2,093,362 | 562,292 | 1,173,694 | 1,144,940 | 81,349 | 5,055,637 |
| 1994 | 2,004,298 | 586,450 | 1,316,607 | 1,254,926 | 10,936 | 5,173,217 |
| 1995 | 1,195,284 | 527,664 | 1,411,120 | 1,173,645 | 8,629 | 4,316,342 |
| 1996 | 987,528 | 498,944 | 1,424,315 | 925,732 | 17,920 | 3,854,439 |
| 1997 | 1,036,077 | 370,428 | 1,251,341 | 915,978 | 19,680 | 3,593,504 |
| 1998 | 960,365 | 324,390 | 1,535,690 | 868,639 | 24,506 | 3,713,590 |
| 1999 | 995,446 | 335,784 | 1,569,685 | 1,106,995 | 39,837 | 4,047,747 |
| 2000 | 962,901 | 318,960 | 1,583,042 | 898,442 | 30,196 | 3,793,541 |
| 2001 | 626,836 | 320,143 | 1,284,554 | 679,813 | 21,309 | 2,932,655 |
| 2002 | 741,514 | 347,070 | 1,515,286 | 741,325 | 21,700 | 3,366,895 |
| 2003 | 811,660 | 309,364 | 1,430,324 | 726,078 | 30,978 | 3,308,404 |
| 2004 | 728,511 | 294,099 | 1,325,138 | 731,769 | 19,508 | 3,099,025 |
| 2005 | 803,425 | 274,205 | 1,431,372 | 709,313 | 23,179 | 3,241,494 |
| 2006 | 1,021,260 | 385,069 | 1,496,505 | 714,618 | 35,872 | 3,653,324 |
| 2007 | 1,219,664 | 391,334 | 1,610,923 | 645,231 | 55,461 | 3,922,613 |
| 2008 | 1,609,381 | 431,753 | 1,734,536 | 630,710 | 92,564 | 4,498,944 |
| 2009 | 1,868,258 | 547,195 | 2,248,851 | 752,699 | 138,815 | 5,555,818 |
| 2010 | 2,258,450 | 558,927 | 1,830,556 | 743,378 | 67,929 | 5,459,240 |
| 2011 | 2,598,133 | 572,857 | 2,318,088 | 862,401 | 190,407 | 6,541,886 |
| 2012 | 3,487,883 | 667,357 | 3,168,206 | 949,010 | 306,154 | 8,578,610 |

Source: ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies. The report also includes firearms manufactured for export.

AFMER data is not published until one year after the close of the calendar year reporting period because the proprietary data furnished by filers is protected from immediate disclosure by the Trade Secrets Act.  For example, calendar year 2012 data was due to ATF by April 1, 2013, but not published until January 2014.

## Exhibit 1: Firearms Manufactured (1986 – 2019) — continued

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 2013 | 4,441,726 | 725,282 | 3,979,570 | 1,203,072 | 495,142 | 10,844,792 |
| 2014 | 3,633,454 | 744,047 | 3,379,549 | 935,411 | 358,165 | 9,050,626 |
| 2015 | 3,557,199 | 885,259 | 3,691,799 | 777,273 | 447,131 | 9,358,661 |
| 2016 | 4,720,075 | 856,291 | 4,239,335 | 848,617 | 833,123 | 11,497,441 |
| 2017 | 3,691,010 | 720,917 | 2,504,092 | 653,139 | 758,634 | 8,327,792 |
| 2018 | 3,881,158 | 664,835 | 2,880,536 | 536,126 | 1,089,973 | 9,052,628 |
| 2019 | 3,046,013 | 580,601 | 1,957,667 | 480,735 | 946,929 | 7,011,945 |

Source: ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies. The report also includes firearms manufactured for export.

AFMER data is not published until one year after the close of the calendar year reporting period because the proprietary data furnished by filers is protected from immediate disclosure by the Trade Secrets Act.  For example, calendar year 2012 data was due to ATF by April 1, 2013, but not published until January 2014.

## Exhibit 1a: Firearms Manufactured (1986-2019)



## Exhibit 2: Firearms Manufacturers' Exports (1986 – 2019)

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 1986 | 16,511 | 104,571 | 37,224 | 58,943 | 199 | 217,448 |
| 1987 | 24,941 | 134,611 | 42,161 | 76,337 | 9,995 | 288,045 |
| 1988 | 32,570 | 99,289 | 53,896 | 68,699 | 2,728 | 257,182 |
| 1989 | 41,970 | 76,494 | 73,247 | 67,559 | 2,012 | 261,282 |
| 1990 | 73,398 | 106,820 | 71,834 | 104,250 | 5,323 | 361,625 |
| 1991 | 79,275 | 110,058 | 91,067 | 117,801 | 2,964 | 401,165 |
| 1992 | 76,824 | 113,178 | 90,015 | 119,127 | 4,647 | 403,791 |
| 1993 | 59,234 | 91,460 | 94,272 | 171,475 | 14,763 | 431,204 |
| 1994 | 93,959 | 78,935 | 81,835 | 146,524 | 3,220 | 404,473 |
| 1995 | 97,969 | 131,634 | 90,834 | 101,301 | 2,483 | 424,221 |
| 1996 | 64,126 | 90,068 | 74,557 | 97,191 | 6,055 | 331,997 |
| 1997 | 44,182 | 63,656 | 76,626 | 86,263 | 4,354 | 275,081 |
| 1998 | 29,537 | 15,788 | 65,807 | 89,699 | 2,513 | 203,344 |
| 1999 | 34,663 | 48,616 | 65,669 | 67,342 | 4,028 | 220,318 |
| 2000 | 28,636 | 48,130 | 49,642 | 35,087 | 11,132 | 172,627 |
| 2001 | 32,151 | 32,662 | 50,685 | 46,174 | 10,939 | 172,611 |
| 2002 | 22,555 | 34,187 | 60,644 | 31,897 | 1,473 | 150,756 |
| 2003 | 16,340 | 26,524 | 62,522 | 29,537 | 6,989 | 141,912 |
| 2004 | 14,959 | 24,122 | 62,403 | 31,025 | 7,411 | 139,920 |
| 2005 | 19,196 | 29,271 | 92,098 | 46,129 | 7,988 | 194,682 |
| 2006 | 144,779 | 28,120 | 102,829 | 57,771 | 34,022 | 367,521 |
| 2007 | 45,053 | 34,662 | 80,594 | 26,949 | 17,524 | 204,782 |
| 2008 | 54,030 | 28,205 | 104,544 | 41,186 | 523 | 228,488 |
| 2009 | 56,402 | 32,377 | 61,072 | 36,455 | 8,438 | 194,744 |
| 2010 | 80,041 | 25,286 | 76,518 | 43,361 | 16,771 | 241,977 |
| 2011 | 121,035 | 23,221 | 79,256 | 54,878 | 18,498 | 296,888 |
| 2012 | 128,313 | 19,643 | 81,355 | 42,858 | 15,385 | 287,554 |
| 2013 | 167,653 | 21,236 | 131,718 | 49,766 | 22,748 | 393,121 |
| 2014 | 126,316 | 25,521 | 207,934 | 60,377 | 784 | 420,932 |
| 2015 | 140,787 | 22,666 | 159,707 | 18,797 | 1,499 | 343,456 |

Source:  ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies.

### Exhibit 2: Firearms Manufacturers' Exports (1986 – 2019) — continued

| Calendar Year | Pistols | Revolvers | Rifles | Shotguns | Misc. Firearms[1] | Total Firearms |
|---|---|---|---|---|---|---|
| 2016 | 172,408 | 24,587 | 147,044 | 24,668 | 8,111 | 376,818 |
| 2017 | 275,424 | 21,676 | 158,871 | 29,997 | 2,332 | 488,300 |
| 2018 | 333,266 | 21,498 | 165,573 | 27,774 | 6,126 | 554,237 |
| 2019 | 138,683 | 14,778 | 136,241 | 22,319 | 5,461 | 317,482 |

Source: ATF's Annual Firearms Manufacturing and Exportation Report (AFMER).

[1] Miscellaneous firearms are any firearms not specifically categorized in any of the firearms categories defined on the ATF Form 5300.11 Annual Firearms Manufacturing and Exportation Report. (Examples of miscellaneous firearms would include pistol grip firearms, starter guns, and firearm frames and receivers.)

The AFMER report excludes production for the U.S. military but includes firearms purchased by domestic law enforcement agencies.

### Exhibit 2a: Firearms Manufacturers' Exports (1986 2019)



## Exhibit 3: Firearms Imports (1986 – 2020)

| Calendar Year | Shotguns | Rifles | Handguns | Total |
|---|---|---|---|---|
| 1986 | 201,000 | 269,000 | 231,000 | 701,000 |
| 1987 | 307,620 | 413,780 | 342,113 | 1,063,513 |
| 1988 | 372,008 | 282,640 | 621,620 | 1,276,268 |
| 1989 | 274,497 | 293,152 | 440,132 | 1,007,781 |
| 1990 | 191,787 | 203,505 | 448,517 | 843,809 |
| 1991 | 116,141 | 311,285 | 293,231 | 720,657 |
| 1992 | 441,933 | 1,423,189 | 981,588 | 2,846,710 |
| 1993 | 246,114 | 1,592,522 | 1,204,685 | 3,043,321 |
| 1994 | 117,866 | 847,868 | 915,168 | 1,880,902 |
| 1995 | 136,126 | 261,185 | 706,093 | 1,103,404 |
| 1996 | 128,456 | 262,568 | 490,554 | 881,578 |
| 1997 | 106,296 | 358,937 | 474,182 | 939,415 |
| 1998 | 219,387 | 248,742 | 531,681 | 999,810 |
| 1999 | 385,556 | 198,191 | 308,052 | 891,799 |
| 2000 | 331,985 | 298,894 | 465,903 | 1,096,782 |
| 2001 | 428,330 | 227,608 | 710,958 | 1,366,896 |
| 2002 | 379,755 | 507,637 | 741,845 | 1,629,237 |
| 2003 | 407,402 | 428,837 | 630,263 | 1,466,502 |
| 2004 | 507,050 | 564,953 | 838,856 | 1,910,859 |
| 2005 | 546,403 | 682,100 | 878,172 | 2,106,675 |
| 2006 | 606,820 | 659,393 | 1,166,309 | 2,432,522 |
| 2007 | 725,752 | 631,781 | 1,386,460 | 2,743,993 |
| 2008 | 535,960 | 602,364 | 1,468,062 | 2,606,386 |
| 2009 | 558,679 | 864,010 | 2,184,417 | 3,607,106 |
| 2010 | 509,913 | 547,449 | 1,782,585 | 2,839,947 |
| 2011 | 529,056 | 998,072 | 1,725,276 | 3,252,404 |
| 2012 | 973,465 | 1,243,924 | 2,627,201 | 4,844,590 |
| 2013 | 936,235 | 1,507,776 | 3,095,528 | 5,539,539 |

Source: ATF and United States International Trade Commission.

Statistics prior to 1992 are for fiscal years; 1992 is a transition year with five quarters.

## Exhibit 3: Firearms Imports (1986 – 2020) — continued

| Calendar Year | Shotguns | Rifles | Handguns | Total |
|---|---|---|---|---|
| 2014 | 648,339 | 791,892 | 2,185,037 | 3,625,268 |
| 2015 | 644,293 | 815,817 | 2,470,101 | 3,930,211 |
| 2016 | 736,482 | 729,452 | 3,671,837 | 5,137,771 |
| 2017 | 632,105 | 572,309 | 3,287,842 | 4,492,256 |
| 2018 | 713,931 | 652,031 | 2,939,889 | 4,305,851 |
| 2019 | 743,252 | 648,703 | 2,594,708 | 3,986,663 |
| 2020 | 1,924,937 | 875,159 | 4,031,280 | 6,831,376 |

Source: ATF and United States International Trade Commission.

Statistics prior to 1992 are for fiscal years; 1992 is a transition year with five quarters.

## Exhibit 3a: Firearms Imports (1986-2020)



## Exhibit 4: Importation Applications (1986 – 2020)

| Fiscal Year | Licensed Importer | Military* | Other | Total |
|---|---|---|---|---|
| 1986 | 7,728 | 9,434 | 2,631 | 19,793 |
| 1987 | 7,833 | 8,059 | 2,130 | 18,022 |
| 1988 | 7,711 | 7,680 | 2,122 | 17,513 |
| 1989 | 7,950 | 8,293 | 2,194 | 18,437 |
| 1990 | 8,292 | 8,696 | 2,260 | 19,248 |
| 1991 | 8,098 | 10,973 | 2,412 | 21,483 |
| 1992 | 7,960 | 9,222 | 2,623 | 19,805 |
| 1993 | 7,591 | 6,282 | 2,585 | 16,458 |
| 1994 | 6,704 | 4,570 | 3,024 | 14,298 |
| 1995 | 5,267 | 2,834 | 2,548 | 10,649 |
| 1996 | 6,340 | 2,792 | 2,395 | 11,527 |
| 1997 | 8,288 | 2,069 | 1,395 | 11,752 |
| 1998 | 8,767 | 2,715 | 1,536 | 13,019 |
| 1999 | 9,505 | 2,235 | 1,036 | 12,776 |
| 2000 | 7,834 | 2,885 | 1,416 | 12,135 |
| 2001 | 9,639 | 3,984 | 1,569 | 15,192 |
| 2002 | 9,646 | 6,321 | 3,199 | 19,166 |
| 2003 | 8,160 | 2,264 | 2,081 | 12,505 |
| 2004 | 7,539 | 1,392 | 1,819 | 10,750 |
| 2005 | 7,539 | 1,320 | 1,746 | 10,605 |
| 2006 | 8,537 | 1,180 | 1,505 | 11,222 |
| 2007 | 8,004 | 1,081 | 1,236 | 10,321 |
| 2008 | 7,610 | 718 | 980 | 9,308 |
| 2009 | 7,967 | 504 | 970 | 9,441 |
| 2010 | 7,367 | 823 | 1,088 | 9,278 |
| 2011 | 7,647 | 641 | 959 | 9,247 |
| 2012 | 8,408 | 420 | 895 | 9,723 |
| 2013 | 9,964 | 319 | 597 | 10,880 |

Source: ATF's Firearms and Explosives Import System (FEIS)

Import data excludes temporary permits issued to nonimmigrant aliens.

* Depicts ATF Form 6 Part II (5330.3C)

### Exhibit 4: Importation Applications (1986 – 2020) — continued

| Fiscal Year | Licensed Importer | Military* | Other | Total |
|---|---|---|---|---|
| 2014 | 8,529 | 255 | 429 | 9,213 |
| 2015 | 6,078 | 318 | 897 | 7,293 |
| 2016 | 6,154 | 220 | 814 | 7,188 |
| 2017 | 5,859 | 309 | 685 | 6,853 |
| 2018 | 6,631 | 289 | 670 | 7,590 |
| 2019 | 7,040 | 380 | 711 | 8,131 |
| 2020 | 7,243 | 180 | 583 | 8,006 |

Source: ATF's Firearms and Explosives Import System (FEIS)

Import data excludes temporary permits issued to nonimmigrant aliens.

* Depicts ATF Form 6 Part II (5330.3C)

### Exhibit 4a: Importation Application (1986-2020)



## Exhibit 5: Firearms Imported into the United States by Country 2020

| Country | Handguns | Rifles | Shotguns | Total Firearms |
|---|---|---|---|---|
| Turkey | 415,180 | 29,450 | 1,045,621 | 1,490,251 |
| Austria | 1,279,123 | 5,632 | 30 | 1,284,785 |
| Brazil | 849,700 | 120,864 | 46,066 | 1,016,630 |
| Croatia | 521,932 | 0 | 0 | 521,932 |
| Sweden | 45 | 1,680 | 430,062 | 431,787 |
| Italy | 146,565 | 48,705 | 175,818 | 371,088 |
| Germany | 274,799 | 73,118 | 2,374 | 350,291 |
| Czech Republic | 247,491 | 28,418 | 34 | 275,943 |
| Canada | 3,050 | 232,395 | 982 | 236,427 |
| China | 0 | 12,000 | 205,462 | 217,462 |
| Philippines | 113,399 | 3,818 | 0 | 117,217 |
| Japan | 0 | 78,249 | 620 | 78,869 |
| Spain | 960 | 57,506 | 515 | 58,981 |
| Israel | 41,357 | 7,839 | 7,697 | 56,893 |
| Serbia | 22,703 | 24,096 | 0 | 46,799 |
| Finland | 8 | 46,506 | 32 | 46,546 |
| Romania | 22,145 | 15,911 | 0 | 38,056 |
| Portugal | 0 | 34,576 | 72 | 34,648 |
| Argentina | 29,030 | 0 | 0 | 29,030 |
| Belgium | 14,120 | 9,533 | 212 | 23,865 |
| Switzerland | 17943 | 3,390 | 35 | 21,368 |
| Bulgaria | 6,937 | 13,733 | 1 | 20,671 |
| United Kingdom | 65 | 11,937 | 8492 | 20,494 |
| Poland | 10,286 | 8,291 | 0 | 18,577 |
| Slovenia | 4,902 | 0 | 0 | 4,902 |

[1] On May 26, 1994, the United States instituted a firearms imports embargo against China. Sporting shotguns, however, are exempt from the embargo.

[2] Imports of fewer than 1,000 per country.

Imports from Afghanistan, Belarus, Burma, China, Cuba, Democratic Republic of Congo, Haiti, Iran, Iraq, Libya, Mongolia, North Korea, Rwanda, Somalia Sudan, Syria, Unita (Angola), Vietnam, may include surplus military curio and relic firearms that were manufactured in these countries prior to becoming proscribed or embargoed and had been outside those proscribed countries for the preceding five years prior to import. Imports may also include those that obtained a waiver from the U.S. State Department.

Imports from Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russian Federation, Turkmenistan, Ukraine, Uzbekistan are limited to firearms enumerated on the Voluntary Restraint Agreement (VRA).

## Exhibit 5: Firearms Imported into the United States by Country 2020 — continued

| Country | Handguns | Rifles | Shotguns | Total Firearms |
|---|---|---|---|---|
| Montenegro | 3,639 | 0 | 0 | 3,639 |
| Taiwan | 0 | 3,140 | 0 | 3,140 |
| Slovakia | 2,987 | 0 | 0 | 2,987 |
| Georgia | 608 | 1,500 | 0 | 2,108 |
| Hungary | 1,154 | 875 | 0 | 2,029 |
| Russia | 0 | 1,595 | 0 | 1,595 |
| France | 1,042 | 321 | 62 | 1,425 |
| Other [2] | 110 | 81 | 750 | 941 |
| **Total** | **4,031,280** | **875,159** | **1,924,937** | **6,831,376** |

[1] On May 26, 1994, the United States instituted a firearms imports embargo against China. Sporting shotguns, however, are exempt from the embargo.

[2] Imports of fewer than 1,000 per country.

Imports from Afghanistan, Belarus, Burma, China, Cuba, Democratic Republic of Congo, Haiti, Iran, Iraq, Libya, Mongolia, North Korea, Rwanda, Somalia Sudan, Syria, Unita (Angola), Vietnam, may include surplus military curio and relic firearms that were manufactured in these countries prior to becoming proscribed or embargoed and had been outside those proscribed countries for the preceding five years prior to import. Imports may also include those that obtained a waiver from the U.S. State Department.

Imports from Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russian Federation, Turkmenistan, Ukraine, Uzbekistan are limited to firearms enumerated on the Voluntary Restraint Agreement (VRA).

## Exhibit 5a: Imported Firearms Type 2020



Shotguns 28%
Handguns 59%
Rifles 13%

## Exhibit 6: National Firearms Act
## Tax Revenues and Related Activities (1984 – 2020)

| Fiscal Year [1] | Occupational Tax Paid [2] | Transfer & Making Tax Paid | Enforcement Support [3] | |
|---|---|---|---|---|
| | | | Certifications | Records Checks |
| 1984 | $596,000 | $666,000 | 1,196 | 2,771 |
| 1985 | $606,000 | $594,000 | 921 | 3,682 |
| 1986 | $667,000 | $1,372,000 | 690 | 3,376 |
| 1987 | $869,000 | $1,576,000 | 575 | 4,135 |
| 1988 | $2,095,000 | $1,481,000 | 701 | 3,738 |
| 1989 | $1,560,000 | $1,527,000 | 1,196 | 6,128 |
| 1990 | $1,442,000 | $1,308,000 | 666 | 7,981 |
| 1991 | $1,556,000 | $1,210,000 | 764 | 7,857 |
| 1992 | $1,499,000 | $1,237,000 | 1,257 | 8,582 |
| 1993 | $1,493,000 | $1,264,000 | 1,024 | 7,230 |
| 1994 | $1,444,000 | $1,596,000 | 586 | 6,283 |
| 1995 | $1,007,000 | $1,311,000 | 882 | 5,677 |
| 1996 | $1,143,000 | $1,402,000 | 529 | 5,215 |
| 1997 | $1,284,000 | $1,630,000 | 488 | 4,395 |
| 1998 | $1,299,000 | $1,969,000 | 353 | 3,824 |
| 1999 | $1,330,000 | $2,422,000 | 345 | 3,994 |
| 2000 | $1,399,000 | $2,301,000 | 144 | 2,159 |
| 2001 | $1,456,000 | $2,800,000 | 402 | 5,156 |
| 2002 | $1,492,000 | $1,510,000 | 441 | 6,381 |
| 2003 | $1,758,000 | $2,699,000 | 401 | 6,597 |
| 2004 | $1,640,000 | $3,052,000 | 435 | 6,191 |
| 2005 | $1,659,000 | $2,810,000 | 447 | 6,218 |
| 2006 | $1,709,000 | $3,951,000 | 327 | 6,331 |
| 2007 | $1,815,000 | $4,890,000 | 530 | 7,468 |
| 2008 | $1,950,000 | $5,742,000 | 375 | 5,872 |
| 2009 | $2,125,000 | $7,971,000 | 418 | 5,736 |
| 2010 | $2,530,000 | $7,184,000 | 267 | 5,883 |
| 2011 | $2,952,000 | $9,576,000 | 287 | 6,313 |
| 2012 | $3,628,000 | $12,814,000 | 390 | 7,103 |
| 2013 | $4,294,000 | $18,182,000 | 501 | 7,138 |
| 2014 | $4,837,000 | $22,678,000 | 367 | 6,172 |

### Exhibit 6: National Firearms Act
### Tax Revenues and Related Activities (1984 – 2020) — continued

| Fiscal Year [1] | Occupational Tax Paid [2] | Transfer & Making Tax Paid | Enforcement Support [3] | |
| --- | --- | --- | --- | --- |
| | | | Certifications | Records Checks |
| 2015 | $5,417,000 | $32,462,000 | 338 | 5,650 |
| 2016 | $6,018,000 | $62,596,000 | 397 | 6,547 |
| 2017 | $6,371,000 | $22,972,000 | 469 | 6,749 |
| 2018 | $6,753,000 | $33,371,000 | 537 | 6,130 |
| 2019 | $7,014,000 | $37,285,000 | 447 | 5,426 |
| 2020 | $7,982,000 | $51,677,000 | 456 | 4,520 |

Source:  ATF's National Firearms Registration and Transfer Record (NFRTR).

[1] Data from 1997 - 2000 were based on calendar year data.

[2] Special occupational tax revenues for FY 1990 - 1996 include collections made during the fiscal year for prior tax years. Importers, manufacturers, or dealers in NFA firearms are subject to a yearly occupational tax.

[3] ATF searches the NFRTR in support of criminal investigations and regulatory inspections in order to determine whether persons are legally in possession of NFA weapons and whether transfers are made lawfully.

Data from 2000-2010 for Certifications and Records Checks was corrected in the 2012 update.

## Exhibit 7: National Firearms Act Firearms Processed by Form Type (1990 - 2020)

| Calendar Year [1] | Application to Make NFA Firearms (ATF Form 1) | Manufactured and Imported (ATF Form 2) | Application for Tax Exempt Transfer Between Licensees (ATF Form 3) | Application for Taxpaid Transfer (ATF Form 4) | Application for Tax-Exempt Transfer [2] (ATF Form 5) | Exported (ATF Form 9) | Total [3] |
|---|---|---|---|---|---|---|---|
| 1990 | 399 | 66,084 | 23,149 | 7,024 | 54,959 | 21,725 | 173,340 |
| 1991 | 524 | 80,619 | 19,507 | 5,395 | 44,146 | 40,387 | 190,578 |
| 1992 | 351 | 107,313 | 26,352 | 6,541 | 45,390 | 22,120 | 208,067 |
| 1993 | 310 | 70,342 | 22,071 | 7,388 | 60,193 | 24,041 | 184,345 |
| 1994 | 1,076 | 97,665 | 27,950 | 7,600 | 67,580 | 34,242 | 236,113 |
| 1995 | 1,226 | 95,061 | 18,593 | 8,263 | 60,055 | 31,258 | 214,456 |
| 1996 | 1,174 | 103,511 | 16,931 | 6,418 | 72,395 | 40,439 | 240,868 |
| 1997 | 855 | 110,423 | 18,371 | 7,873 | 70,690 | 36,284 | 244,496 |
| 1998 | 1,093 | 141,101 | 27,921 | 10,181 | 93,135 | 40,221 | 313,652 |
| 1999 | 1,071 | 137,373 | 28,288 | 11,768 | 95,554 | 28,128 | 302,182 |
| 2000 | 1,334 | 141,763 | 23,335 | 11,246 | 96,234 | 28,672 | 302,584 |
| 2001 | 2,522 | 145,112 | 25,745 | 10,799 | 101,955 | 25,759 | 311,892 |
| 2002 | 1,173 | 162,321 | 25,042 | 10,686 | 92,986 | 47,597 | 339,805 |
| 2003 | 1,003 | 156,620 | 21,936 | 13,501 | 107,108 | 43,668 | 343,836 |
| 2004 | 980 | 83,483 | 20,026 | 14,635 | 54,675 | 19,425 | 193,224 |
| 2005 | 1,902 | 65,865 | 26,603 | 14,606 | 26,210 | 20,951 | 156,137 |
| 2006 | 2,610 | 188,134 | 51,290 | 20,534 | 100,458 | 42,175 | 405,201 |
| 2007 | 3,553 | 296,267 | 51,217 | 22,260 | 194,794 | 76,467 | 644,558 |
| 2008 | 4,583 | 424,743 | 71,404 | 26,917 | 183,271 | 206,411 | 917,329 |
| 2009 | 5,345 | 371,920 | 56,947 | 31,551 | 201,267 | 163,951 | 830,981 |
| 2010 | 5,169 | 296,375 | 58,875 | 33,059 | 189,449 | 136,335 | 719,262 |
| 2011 | 5,477 | 530,953 | 107,066 | 33,816 | 147,341 | 311,214 | 1,135,867 |
| 2012 | 7,886 | 484,928 | 149,762 | 52,490 | 170,561 | 219,700 | 1,085,327 |
| 2013 | 9,347 | 477,567 | 206,389 | 57,294 | 110,637 | 224,515 | 1,085,749 |
| 2014 | 22,380 | 591,388 | 262,342 | 107,921 | 138,204 | 248,109 | 1,370,344 |
| 2015 | 32,558 | 583,499 | 365,791 | 130,017 | 127,945 | 306,037 | 1,545,847 |
| 2016 | 49,985 | 1,066,812 | 571,840 | 133,911 | 152,264 | 555,397 | 2,530,209 |
| 2017 | 40,444 | 497,329 | 344,197 | 184,312 | 180,850 | 224,389 | 1,471,521 |
| 2018 | 21,580 | 545,700 | 355,114 | 128,324 | 169,258 | 318,387 | 1,538,363 |
| 2019 | 28,006 | 844,378 | 361,754 | 170,182 | 234,486 | 402,626 | 2,041,432 |
| 2020 | 40,790 | 884,656 | 610,002 | 246,806 | 266,600 | 360,731 | 2,409,585 |

## Exhibit 7: National Firearms Act Firearms Processed by Form Type (1990 - 2020)

| Calendar Year [1] | Application to Make NFA Firearms (ATF Form 1) | Manufactured and Imported (ATF Form 2) | Application for Tax Exempt Transfer Between Licensees (ATF Form 3) | Application for Taxpaid Transfer (ATF Form 4) | Application for Tax-Exempt Transfer [2] (ATF Form 5) | Exported (ATF Form 9) | Total [3] |
|---|---|---|---|---|---|---|---|

Source:  ATF's National Firearms Registration and Transfer Record (NFRTR).

[1] Data from 1990 - 1996 represent fiscal year.

[2] Firearms may be transferred to the U.S., State or local governments without the payment of a transfer tax. Further transfers of NFA firearms between licensees registered as importers, manufacturers, or dealers who have paid the special occupational tax are likewise exempt from transfer tax.

[3] Totals do not include ATF Form 5320.20 or ATF Form 10 because these do not relate to commercial transactions.

## Exhibit 7a: National Firearms Act Firearms Processed by Form Type (1990-2020)



## Exhibit 7b: National Firearms Act Firearms Processed by Fiscal Year (2002-2020)



## Exhibit 8: National Firearms Act Registered Weapons by State (May 2021)

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| Alabama | 1,352 | 82,978 | 34,702 | 64,506 | 8,830 | 2,552 | 194,920 |
| Alaska | 345 | 6,256 | 1,802 | 15,192 | 3,108 | 1,534 | 28,237 |
| Arkansas | 703 | 83,161 | 5,689 | 38,058 | 5,076 | 1,294 | 133,981 |
| Arizona | 2,647 | 123,286 | 19,032 | 85,353 | 25,203 | 3,170 | 258,691 |
| California | 4,752 | 324,948 | 29,112 | 17,271 | 15,520 | 14,757 | 406,360 |
| Colorado | 1,154 | 57,926 | 7,666 | 67,008 | 13,509 | 2,119 | 149,382 |
| Connecticut | 1,034 | 14,610 | 35,235 | 18,648 | 4,212 | 1,135 | 74,874 |
| District of Columbia | 69 | 62,757 | 7,872 | 1,024 | 1,426 | 1,167 | 74,315 |
| Delaware | 52 | 3,876 | 537 | 411 | 565 | 651 | 6,092 |
| Florida | 4,100 | 230,917 | 47,117 | 175,156 | 50,848 | 10,587 | 518,725 |
| Georgia | 2,269 | 96,486 | 42,545 | 129,566 | 21,232 | 12,026 | 304,124 |
| Hawaii | 34 | 8,234 | 441 | 403 | 93 | 75 | 9,280 |
| Iowa | 919 | 19,353 | 7,228 | 22,529 | 2,937 | 1,212 | 54,178 |
| Idaho | 667 | 23,674 | 5,299 | 40,755 | 5,376 | 654 | 76,425 |
| Illinois | 1,075 | 103,440 | 30,576 | 3,297 | 4,622 | 1,739 | 144,749 |
| Indiana | 1,862 | 50,885 | 21,137 | 63,249 | 10,872 | 9,541 | 157,546 |
| Kansas | 823 | 26,035 | 3,986 | 31,811 | 5,924 | 1,271 | 69,850 |
| Kentucky | 1,212 | 36,615 | 18,128 | 44,040 | 6,717 | 2,121 | 108,833 |
| Louisiana | 713 | 60,863 | 7,206 | 72,042 | 9,212 | 2,025 | 152,061 |
| Massachusetts | 969 | 19,571 | 7,070 | 10,409 | 6,079 | 1,040 | 45,138 |
| Maryland | 1,137 | 61,460 | 29,854 | 32,275 | 7,633 | 3,898 | 136,257 |
| Maine | 600 | 3,789 | 5,109 | 8,285 | 3,057 | 556 | 21,396 |
| Michigan | 1,284 | 30,928 | 17,464 | 49,324 | 9,120 | 1,715 | 109,835 |
| Minnesota | 2,825 | 61,232 | 8,779 | 48,154 | 7,681 | 1,154 | 129,825 |
| Missouri | 1,574 | 37,631 | 11,167 | 49,754 | 10,230 | 2,995 | 113,351 |
| Mississippi | 564 | 32,211 | 4,906 | 36,545 | 5,354 | 1,132 | 80,712 |
| Montana | 467 | 4,999 | 2,531 | 25,409 | 2,612 | 660 | 36,678 |

## Exhibit 8: National Firearms Act Registered Weapons by State
### (May 2021) – continued

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| North Carolina | 1,158 | 107,333 | 15,875 | 76,759 | 17,478 | 3,563 | 222,166 |
| North Dakota | 215 | 3,726 | 1,670 | 23,042 | 2,003 | 319 | 30,975 |
| Nebraska | 816 | 9,780 | 2,403 | 25,879 | 3,472 | 911 | 43,261 |
| New Hampshire | 534 | 5,834 | 20,817 | 36,954 | 7,613 | 681 | 72,433 |
| New Jersey | 534 | 47,080 | 44,422 | 3,889 | 3,775 | 2,528 | 102,228 |
| New Mexico | 404 | 93,029 | 4,233 | 19,873 | 4,590 | 839 | 122,968 |
| Nevada | 1,264 | 50,124 | 14,577 | 37,880 | 12,662 | 2,500 | 119,007 |
| New York | 1,848 | 54,148 | 13,554 | 7,406 | 7,622 | 7,613 | 92,191 |
| Ohio | 2,312 | 92,909 | 22,979 | 68,736 | 15,158 | 6,567 | 208,661 |
| Oklahoma | 1,253 | 19,174 | 9,774 | 62,404 | 8,738 | 2,023 | 103,368 |
| Oregon | 1,683 | 28,654 | 6,740 | 49,197 | 9,483 | 1,717 | 97,474 |
| Pennsylvania | 2,482 | 205,854 | 21,169 | 83,563 | 21,215 | 13,884 | 348,167 |
| Rhode Island | 46 | 3,663 | 630 | 96 | 338 | 114 | 4,887 |
| South Carolina | 733 | 44,017 | 10,997 | 50,422 | 9,088 | 3,948 | 119,205 |
| South Dakota | 388 | 4,559 | 2,176 | 55,666 | 1,612 | 265 | 64,666 |
| Tennessee | 1,803 | 54,554 | 14,683 | 60,573 | 13,350 | 6,573 | 151,536 |
| Texas | 7,517 | 332,208 | 46,318 | 529,150 | 81,000 | 10,362 | 1,006,555 |
| Utah | 578 | 19,648 | 7,745 | 79,557 | 9,212 | 1,668 | 118,408 |
| Virginia | 3,094 | 250,986 | 43,877 | 90,454 | 26,361 | 8,935 | 423,707 |
| Vermont | 238 | 3,106 | 1,465 | 3,528 | 904 | 210 | 9,451 |
| Washington | 1,981 | 62,633 | 4,673 | 78,279 | 16,919 | 1,049 | 165,534 |
| Wisconsin | 853 | 36,053 | 8,391 | 40,596 | 8,070 | 1,467 | 95,430 |
| West Virginia | 465 | 25,315 | 7,359 | 13,696 | 2,913 | 1,215 | 50,963 |
| Wyoming | 337 | 120,688 | 2,019 | 16,681 | 2,089 | 433 | 142,247 |
| Other US Territories | 6 | 323 | 408 | 20 | 12 | 103 | 872 |
| **Total** | **67,744** | **3,343,519** | **741,146** | **2,664,774** | **532,725** | **162,267** | **7,512,175** |

## Exhibit 8: National Firearms Act Registered Weapons by State
### (May 2021) – continued

| State | Any Other Weapon[1] | Destructive Device[2] | Machinegun[3] | Silencer[4] | Short Barreled Rifle[5] | Short Barreled Shotgun[6] | Total |
|---|---|---|---|---|---|---|---|

*Source:* ATF National Firearms Registration and Transfer Record (NFRTR).

[1] The term "any other weapon" means any weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, a pistol or revolver having a barrel with a smooth bore designed or redesigned to fire a fixed shotgun shell, weapons with combination shotgun and rifle barrels 12 inches or more, less than 18 inches in length, from which only a single discharge can be made from either barrel without manual reloading, and shall include any such weapon which may be readily restored to fire. Such term shall not include a pistol or a revolver having a rifled bore, or rifled bores, or weapons designed, made, or intended to be fired from the shoulder and not capable of firing fixed ammunition.

[2] Destructive device generally is defined as (a) any explosive, incendiary, or poison gas (1) bomb, (2) grenade, (3) rocket having a propellant charge of more than 4 ounces, (4) missile having an explosive or incendiary charge of more than one-quarter ounce, (5) mine, or (6) device similar to any of the devices described in the preceding paragraphs of this definition; (b) any type of weapon (other than a shotgun or a shotgun shell which the Director finds is generally recognized as particularly suitable for sporting purposes) by whatever name known which will, or which may be readily converted to, expel a projectile by the action of an explosive or other propellant, and which has any barrel with a bore of more than one-half inch in diameter; and (c) any combination of parts either designed or intended for use in converting any device into any destructive device described in paragraph (a) or (b) of this section and from which a destructive device may be readily assembled. The term shall not include any device which is neither designed nor redesigned for use as a weapon; any device, although originally designed for use as a weapon, which is redesigned for use as a signaling, pyrotechnic, line throwing, safety, or similar device; surplus ordnance sold, loaned, or given by the Secretary of the Army pursuant to the provisions of section 4684(2), 4685, or 4686 of title 10, United States Code; or any other device which the Director finds is not likely to be used as a weapon, is an antique, or is a rifle which the owner intends to use solely for sporting, recreational, or cultural purposes.

[3] Machinegun is defined as any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

[4] Silencer is defined as any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for the use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

[5] Short-barreled rifle is defined as a rifle having one or more barrels less than 16 inches in length, and any weapon made from a rifle, whether by alteration, modification, or otherwise, if such weapon, as modified, has an overall length of less than 26 inches.

[6] Short-barreled shotgun is defined as a shotgun having one or more barrels less than 18 inches in length, and any weapon made from a shotgun, whether by alteration, modification, or otherwise, if such weapon as modified has an overall length of less than 26 inches.

### Exhibit 9: National Firearms Act
### Special Occupational Taxpayers by State
### Tax Year 2020

| State | Importers | Manufacturers | Dealers | Total |
|---|---|---|---|---|
| Alabama | 26 | 118 | 272 | 416 |
| Alaska | 1 | 33 | 112 | 146 |
| Arizona | 30 | 407 | 276 | 713 |
| Arkansas | 15 | 132 | 168 | 315 |
| California | 14 | 122 | 86 | 222 |
| Colorado | 6 | 157 | 343 | 506 |
| Connecticut | 3 | 88 | 114 | 205 |
| Delaware | 0 | 0 | 3 | 3 |
| District of Columbia | 1 | 0 | 0 | 1 |
| Florida | 66 | 462 | 595 | 1123 |
| Georgia | 13 | 203 | 380 | 596 |
| Hawaii | 0 | 0 | 1 | 1 |
| Idaho | 2 | 130 | 155 | 287 |
| Illinois | 11 | 96 | 37 | 144 |
| Indiana | 6 | 103 | 310 | 419 |
| Iowa | 1 | 65 | 226 | 292 |
| Kansas | 4 | 80 | 268 | 352 |
| Kentucky | 18 | 95 | 254 | 367 |
| Louisiana | 2 | 85 | 220 | 307 |
| Maine | 3 | 48 | 95 | 146 |
| Maryland | 8 | 77 | 152 | 237 |
| Massachusetts | 5 | 118 | 27 | 150 |
| Michigan | 12 | 134 | 300 | 446 |
| Minnesota | 13 | 109 | 228 | 350 |
| Mississippi | 11 | 77 | 172 | 260 |
| Missouri | 15 | 147 | 255 | 417 |
| Montana | 4 | 72 | 148 | 224 |
| Nebraska | 0 | 33 | 132 | 165 |
| Nevada | 12 | 173 | 135 | 320 |
| New Hampshire | 6 | 101 | 121 | 228 |
| New Jersey | 1 | 7 | 21 | 29 |

Source: ATF's National Firearms Act Special Occupational Tax Database (NSOT).

Numbers represent locations of qualified premises.

### Exhibit 9: National Firearms Act
### Special Occupational Taxpayers by State
### Tax Year 2020 — continued

| State | Importers | Manufacturers | Dealers | Total |
|---|---|---|---|---|
| New Mexico | 10 | 70 | 133 | 213 |
| New York | 4 | 91 | 19 | 114 |
| North Carolina | 2 | 231 | 407 | 640 |
| North Dakota | 1 | 14 | 119 | 134 |
| Ohio | 6 | 239 | 379 | 624 |
| Oklahoma | 1 | 138 | 211 | 350 |
| Oregon | 1 | 110 | 210 | 321 |
| Pennsylvania | 17 | 210 | 457 | 684 |
| Rhode Island | 1 | 0 | 1 | 2 |
| South Carolina | 10 | 109 | 236 | 355 |
| South Dakota | 0 | 31 | 131 | 162 |
| Tennessee | 6 | 131 | 321 | 458 |
| Texas | 39 | 748 | 1035 | 1822 |
| Utah | 5 | 148 | 151 | 304 |
| Vermont | 4 | 26 | 71 | 101 |
| Virginia | 45 | 197 | 363 | 605 |
| Washington | 5 | 140 | 176 | 321 |
| West Virginia | 7 | 43 | 140 | 190 |
| Wisconsin | 1 | 115 | 252 | 368 |
| Wyoming | 2 | 47 | 119 | 168 |
| **Total** | **476** | **6,310** | **10,537** | **17,323** |

Source: ATF's National Firearms Act Special Occupational Tax Database (NSOT).

Numbers represent locations of qualified premises.

## Exhibit 10: Federal Firearms Licensees Total (1975-2020)

| Fiscal Year | Dealer | Pawn-broker | Collector | Manufacturer of | | Importer | Destructive Device | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Ammunition | Firearms | | Dealer | Manufacturer | Importer | |
| 1975 | 146,429 | 2,813 | 5,211 | 6,668 | 364 | 403 | 9 | 23 | 7 | 161,927 |
| 1976 | 150,767 | 2,882 | 4,036 | 7,181 | 397 | 403 | 4 | 19 | 8 | 165,697 |
| 1977 | 157,463 | 2,943 | 4,446 | 7,761 | 408 | 419 | 6 | 28 | 10 | 173,484 |
| 1978 | 152,681 | 3,113 | 4,629 | 7,735 | 422 | 417 | 6 | 35 | 14 | 169,052 |
| 1979 | 153,861 | 3,388 | 4,975 | 8,055 | 459 | 426 | 7 | 33 | 12 | 171,216 |
| 1980 | 155,690 | 3,608 | 5,481 | 8,856 | 496 | 430 | 7 | 40 | 11 | 174,619 |
| 1981 | 168,301 | 4,308 | 6,490 | 10,067 | 540 | 519 | 7 | 44 | 20 | 190,296 |
| 1982 | 184,840 | 5,002 | 8,602 | 12,033 | 675 | 676 | 12 | 54 | 24 | 211,918 |
| 1983 | 200,342 | 5,388 | 9,859 | 13,318 | 788 | 795 | 16 | 71 | 36 | 230,613 |
| 1984 | 195,847 | 5,140 | 8,643 | 11,270 | 710 | 704 | 15 | 74 | 40 | 222,443 |
| 1985 | 219,366 | 6,207 | 9,599 | 11,818 | 778 | 881 | 15 | 85 | 45 | 248,794 |
| 1986 | 235,393 | 6,998 | 10,639 | 12,095 | 843 | 1,035 | 16 | 95 | 52 | 267,166 |
| 1987 | 230,888 | 7,316 | 11,094 | 10,613 | 852 | 1,084 | 16 | 101 | 58 | 262,022 |
| 1988 | 239,637 | 8,261 | 12,638 | 10,169 | 926 | 1,123 | 18 | 112 | 69 | 272,953 |
| 1989 | 231,442 | 8,626 | 13,536 | 8,345 | 922 | 989 | 21 | 110 | 72 | 264,063 |
| 1990 | 235,684 | 9,029 | 14,287 | 7,945 | 978 | 946 | 20 | 117 | 73 | 269,079 |
| 1991 | 241,706 | 9,625 | 15,143 | 7,470 | 1,059 | 901 | 17 | 120 | 75 | 276,116 |
| 1992 | 248,155 | 10,452 | 15,820 | 7,412 | 1,165 | 894 | 15 | 127 | 77 | 284,117 |
| 1993 | 246,984 | 10,958 | 16,635 | 6,947 | 1,256 | 924 | 15 | 128 | 78 | 283,925 |
| 1994 | 213,734 | 10,872 | 17,690 | 6,068 | 1,302 | 963 | 12 | 122 | 70 | 250,833 |
| 1995 | 158,240 | 10,155 | 16,354 | 4,459 | 1,242 | 842 | 14 | 118 | 71 | 191,495 |
| 1996 | 105,398 | 9,974 | 14,966 | 3,144 | 1,327 | 786 | 12 | 117 | 70 | 135,794 |
| 1997 | 79,285 | 9,956 | 13,512 | 2,451 | 1,414 | 733 | 13 | 118 | 72 | 107,554 |
| 1998 | 75,619 | 10,176 | 14,875 | 2,374 | 1,546 | 741 | 12 | 125 | 68 | 105,536 |
| 1999 | 71,290 | 10,035 | 17,763 | 2,247 | 1,639 | 755 | 11 | 127 | 75 | 103,942 |
| 2000 | 67,479 | 9,737 | 21,100 | 2,112 | 1,773 | 748 | 12 | 125 | 71 | 103,157 |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS). Data is based on active firearms licenses and related statistics as of the end of each fiscal year.

## Exhibit 10: Federal Firearms Licensees Total (1975-2020)  – continued

| Fiscal Year | Dealer | Pawn-broker | Collector | Manufacturer of | | | | Destructive Device | | | | Total |
| | | | | Ammunition | Firearms | Importer | Dealer | Manufacturer | Importer | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 63,845 | 9,199 | 25,145 | 1,950 | 1,841 | 730 | 14 | 117 | 72 | | | 102,913 |
| 2002 | 59,829 | 8,770 | 30,157 | 1,763 | 1,941 | 735 | 16 | 126 | 74 | | | 103,411 |
| 2003 | 57,492 | 8,521 | 33,406 | 1,693 | 2,046 | 719 | 16 | 130 | 82 | | | 104,105 |
| 2004 | 56,103 | 8,180 | 37,206 | 1,625 | 2,144 | 720 | 16 | 136 | 84 | | | 106,214 |
| 2005 | 53,833 | 7,809 | 40,073 | 1,502 | 2,272 | 696 | 15 | 145 | 87 | | | 106,432 |
| 2006 | 51,462 | 7,386 | 43,650 | 1,431 | 2,411 | 690 | 17 | 170 | 99 | | | 107,316 |
| 2007 | 49,221 | 6,966 | 47,690 | 1,399 | 2,668 | 686 | 23 | 174 | 106 | | | 108,933 |
| 2008 | 48,261 | 6,687 | 52,597 | 1,420 | 2,959 | 688 | 29 | 189 | 113 | | | 112,943 |
| 2009 | 47,509 | 6,675 | 55,046 | 1,511 | 3,543 | 735 | 34 | 215 | 127 | | | 115,395 |
| 2010 | 47,664 | 6,895 | 56,680 | 1,759 | 4,293 | 768 | 40 | 243 | 145 | | | 118,487 |
| 2011 | 48,676 | 7,075 | 59,227 | 1,895 | 5,441 | 811 | 42 | 259 | 161 | | | 123,587 |
| 2012 | 50,848 | 7,426 | 61,885 | 2,044 | 7,423 | 848 | 52 | 261 | 169 | | | 130,956 |
| 2013 | 54,026 | 7,810 | 64,449 | 2,353 | 9,094 | 998 | 57 | 273 | 184 | | | 139,244 |
| 2014 | 55,431 | 8,132 | 63,301 | 2,596 | 9,970 | 1,133 | 66 | 287 | 200 | | | 141,116 |
| 2015 | 56,181 | 8,152 | 60,652 | 2,603 | 10,498 | 1,152 | 66 | 315 | 221 | | | 139,840 |
| 2016 | 56,754 | 8,076 | 57,345 | 2,481 | 11,083 | 1,105 | 71 | 332 | 217 | | | 137,464 |
| 2017 | 56,638 | 7,871 | 55,588 | 2,259 | 11,946 | 1,110 | 78 | 357 | 234 | | | 136,081 |
| 2018 | 55,891 | 7,639 | 54,136 | 2,119 | 12,564 | 1,127 | 98 | 378 | 239 | | | 134,191 |
| 2019 | 53,924 | 7,341 | 52,446 | 1,910 | 13,044 | 1,109 | 129 | 391 | 252 | | | 130,546 |
| 2020 | 52,799 | 7,141 | 52,865 | 1,797 | 14,054 | 1,127 | 128 | 425 | 269 | | | 130,605 |

Source:  ATF Federal Firearms Licensing Center, Federal Licensing System (FLS). Data is based on active firearms licenses and related statistics as of the end of each fiscal year.

### Exhibit 11: Federal Firearms Licensees by State 2020

| State | FFL Population |
|---|---|
| Alabama | 2,114 |
| Alaska | 833 |
| Arizona | 3,385 |
| Arkansas | 1,871 |
| California | 8,461 |
| Colorado | 2,945 |
| Connecticut | 1,743 |
| Delaware | 316 |
| District of Columbia | 34 |
| Florida | 6,988 |
| Georgia | 3,478 |
| Hawaii | 223 |
| Idaho | 1,506 |
| Illinois | 4,506 |
| Indiana | 2,730 |
| Iowa | 1,994 |
| Kansas | 1,773 |
| Kentucky | 2,225 |
| Louisiana | 1,937 |
| Maine | 880 |
| Maryland | 2,837 |
| Massachusetts | 3,960 |
| Michigan | 3,856 |
| Minnesota | 2,434 |
| Mississippi | 1,433 |
| Missouri | 4,242 |
| Montana | 1,499 |
| Nebraska | 1,098 |

### Exhibit 11: Federal Firearms Licensees by State 2020 — continued

| State | FFL Population |
|---|---|
| Nevada | 1,318 |
| New Hampshire | 1,174 |
| New Jersey | 473 |
| New Mexico | 1,022 |
| New York | 3,784 |
| North Carolina | 4,430 |
| North Dakota | 698 |
| Ohio | 4,454 |
| Oklahoma | 2,197 |
| Oregon | 2,148 |
| Pennsylvania | 6,136 |
| Rhode Island | 565 |
| South Carolina | 2,102 |
| South Dakota | 758 |
| Tennessee | 3,103 |
| Texas | 10,635 |
| Utah | 1,493 |
| Vermont | 548 |
| Virginia | 3,962 |
| Washington | 3,109 |
| West Virginia | 1,347 |
| Wisconsin | 2,848 |
| Wyoming | 878 |
| Other Territories | 122 |
| **Total** | **130,605** |

## Exhibit 12: Actions on Federal Firearms License Applications (1975 - 2020)

| | Original Application | | | |
|---|---|---|---|---|
| Fiscal Year | Processed | Denied | Withdrawn[1] | Abandoned[2] |
| 1975 | 29,183 | 150 | 1,651 | ... |
| 1976 | 29,511 | 209 | 2,077 | ... |
| 1977 | 32,560 | 216 | 1,645 | ... |
| 1978 | 29,531 | 151 | 1,015 | 414 |
| 1979 | 32,678 | 124 | 432 | 433 |
| 1980 | 36,052 | 96 | 601 | 661 |
| 1981 | 41,798 | 85 | 742 | 329 |
| 1982 | 44,745 | 52 | 580 | 370 |
| 1983 | 49,669 | 151 | 916 | 649 |
| 1984 | 39,321 | 98 | 706 | 833 |
| 1985 | 37,385 | 103 | 666 | 598 |
| 1986 | 42,842 | 299 | 698 | 452 |
| 1987 | 36,835 | 121 | 874 | 458 |
| 1988 | 32,724 | 30 | 506 | 315 |
| 1989 | 34,318 | 34 | 561 | 360 |
| 1990 | 34,336 | 46 | 893 | 404 |
| 1991 | 34,567 | 37 | 1,059 | 685 |
| 1992 | 37,085 | 57 | 1,337 | 611 |
| 1993 | 41,545 | 343 | 6,030 | 1,844 |
| 1994 | 25,393 | 136 | 4,480 | 3,917 |
| 1995 | 7,777 | 49 | 1,046 | 1,180 |
| 1996 | 8,461 | 58 | 1,061 | 629 |
| 1997 | 7,039 | 24 | 692 | 366 |
| 1998 | 7,090 | 19 | 621 | 352 |
| 1999 | 8,581 | 23 | 48 | 298 |
| 2000 | 10,698 | 6 | 447 | 91 |
| 2001 | 11,161 | 3 | 403 | 114 |
| 2002 | 16,100 | 13 | 468 | 175 |
| 2003 | 13,884 | 30 | 729 | 289 |
| 2004 | 12,953 | 18 | 572 | 235 |
| 2005 | 13,326 | 33 | 943 | 300 |
| 2006 | 13,757 | 35 | 898 | 234 |

### Exhibit 12: Actions on Federal Firearms License Applications (1975 - 2020) — continued

| | Original Application | | | |
|---|---|---|---|---|
| Fiscal Year | Processed | Denied | Withdrawn[1] | Abandoned[2] |
| 2007 | 14,123 | 32 | 953 | 402 |
| 2008 | 15,434 | 21 | 1,030 | 291 |
| 2009 | 16,105 | 20 | 1,415 | 724 |
| 2010 | 16,930 | 32 | 1,467 | 380 |
| 2011 | 19,923 | 22 | 1,744 | 369 |
| 2012 | 20,977 | 28 | 2,252 | 358 |
| 2013 | 23,242 | 30 | 2,901 | 385 |
| 2014 | 17,816 | 27 | 2,192 | 444 |
| 2015 | 15,219 | 34 | 1,953 | 387 |
| 2016 | 15,853 | 16 | 2,165 | 307 |
| 2017 | 14,546 | 17 | 2,038 | 366 |
| 2018 | 14,054 | 17 | 1,913 | 377 |
| 2019 | 12,966 | 9 | 1,993 | 382 |
| 2020 | 13,429 | 11 | 2,387 | 319 |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS).

[1] An application can be withdrawn by an applicant at any time prior to the issuance of a license.

[2] If ATF cannot locate an applicant during an attempted application inspection or cannot obtain needed verification data, then the application will be abandoned.

## Exhibit 13: Federal Firearms Licensees and Compliance Inspections (FY 1975 – 2020)

| Fiscal Year | Inspections | Total Licensees | Percent Inspected | Licensed Business Entities* | Percent Ins pected |
|---|---|---|---|---|---|
| 1975 | 10,944 | 161,927 | 6.7% | 156,716 | 7.0% |
| 1976 | 15,171 | 165,697 | 9.1% | 161,661 | 9.4% |
| 1977 | 19,741 | 173,484 | 11.3% | 169,038 | 11.7% |
| 1978 | 22,130 | 169,052 | 13.1% | 164,423 | 13.5% |
| 1979 | 14,744 | 171,216 | 8.6% | 166,241 | 8.9% |
| 1980 | 11,515 | 174,619 | 6.5% | 169,138 | 6.8% |
| 1981 | 11,035 | 190,296 | 5.7% | 183,806 | 6.0% |
| 1982 | 1,829 | 211,918 | 0.8% | 203,316 | 0.9% |
| 1983 | 2,662 | 230,613 | 1.1% | 220,754 | 1.2% |
| 1984 | 8,861 | 222,443 | 3.9% | 213,800 | 4.1% |
| 1985 | 9,527 | 248,794 | 3.8% | 239,195 | 4.0% |
| 1986 | 8,605 | 267,166 | 3.2% | 256,527 | 3.4% |
| 1987 | 8,049 | 262,022 | 3.1% | 250,928 | 3.2% |
| 1988 | 9,283 | 272,953 | 3.4% | 260,315 | 3.6% |
| 1989 | 7,142 | 264,063 | 2.7% | 250,527 | 2.9% |
| 1990 | 8,471 | 269,079 | 3.1% | 254,792 | 3.3% |
| 1991 | 8,258 | 276,116 | 3.0% | 260,973 | 3.2% |
| 1992 | 16,328 | 284,117 | 5.7% | 268,297 | 6.1% |
| 1993 | 22,330 | 283,925 | 7.9% | 267,290 | 8.4% |
| 1994 | 20,067 | 250,833 | 8.0% | 233,143 | 8.6% |
| 1995 | 13,141 | 191,495 | 7.0% | 171,577 | 7.7% |
| 1996 | 10,051 | 135,794 | 7.4% | 120,828 | 8.3% |
| 1997 | 5,925 | 107,554 | 5.5% | 94,042 | 6.3% |
| 1998 | 5,043 | 105,536 | 4.8% | 90,661 | 5.6% |
| 1999 | 9,004 | 103,942 | 8.7% | 86,179 | 10.4% |
| 2000 | 3,640 | 103,157 | 3.5% | 82,558 | 4.4% |
| 2001 | 3,677 | 102,913 | 3.6% | 77,768 | 4.7% |

## Exhibit 13: Federal Firearms Licensees and Compliance Inspections
### (FY 1975 – 2020) — continued

| Fiscal Year | Inspections | Total Licensees | Percent Inspected | Licensed Business Entities* | Percent Ins pected |
|---|---|---|---|---|---|
| 2002 | 5,467 | 103,411 | 5.2% | 73,254 | 7.5% |
| 2003 | 5,170 | 104,105 | 4.9% | 70,699 | 7.3% |
| 2004 | 4,509 | 106,214 | 4.2% | 69,008 | 6.5% |
| 2005 | 5,189 | 106,432 | 4.9% | 66,359 | 7.8% |
| 2006 | 7,294 | 107,316 | 6.8% | 63,666 | 11.5% |
| 2007 | 10,141 | 108,933 | 9.3% | 61,243 | 16.6% |
| 2008 | 11,100 | 112,943 | 9.8% | 60,346 | 18.4% |
| 2009 | 11,375 | 115,395 | 9.9% | 60,349 | 18.8% |
| 2010 | 10,538 | 118,487 | 8.9% | 61,807 | 17.0% |
| 2011 | 13,159 | 123,587 | 10.6% | 64,360 | 20.4% |
| 2012 | 11,420 | 130,956 | 8.7% | 69,071 | 16.5% |
| 2013 | 10,516 | 139,244 | 7.6% | 74,795 | 14.1% |
| 2014 | 10,437 | 141,116 | 7.4% | 77,815 | 13.4% |
| 2015 | 8,696 | 139,840 | 6.3% | 79,188 | 11.0% |
| 2016 | 9,790 | 137,464 | 7.1% | 80,119 | 12.2% |
| 2017 | 11,009 | 136,081 | 8.1% | 80,493 | 13.7% |
| 2018 | 10,323 | 134,191 | 7.7% | 80,055 | 12.9% |
| 2019 | 13,079 | 130,546 | 10.0% | 78,100 | 16.7% |
| 2020 | 5,827 | 130,605 | 4.5% | 77,740 | 7.5% |

Source: ATF Federal Firearms Licensing Center, Federal Licensing System (FLS).

*Does not include Collector of Curio and Relics (Type 03).



**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
99 New York Ave., NE, Washington, DC 20226

www.atf.gov

# DEFENSE EXHIBIT 2

# Current Processing Times

**Last updated June 30, 2022.**

Statistical information on average processing times of applications that are filled out correctly and completely.

| Form 1 | | |
|---|---|---|
| **ATF Form** | | Application to Make and Register a Firearm |
| **Processing Office** | | NFA Division |
| **Paper** | | 3 months |
| **eForms** | | 60 days |

| Form 2 | | |
|---|---|---|
| **ATF Form** | | Notice of Firearms Manufactured or Imported |
| **Processing Office** | | NFA Division |
| **Paper** | | 1 month |
| **eForms** | | 10 days |

| Form 3 | | |
|---|---|---|
| **ATF Form** | | Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (SOT) |
| **Processing Office** | | NFA Division |
| **Paper** | | 1 month |
| **eForms** | | 10 days |

| Form 4 | | |
|---|---|---|
| **ATF Form** | | Application for Tax Paid Transfer and Registration of Firearm |
| **Processing Office** | | NFA Division |
| **Paper** | | 12 months |
| **eForms** | | 100 days |

| Form 5 | | |
|---|---|---|
| **ATF Form** | | Application for Tax-Exempt Transfer and Registration of Firearm |
| **Processing Office** | | NFA Division |
| **Paper** | | 1 month |
| **eForms** | | 10 days |

| Form 6 | | |
|---|---|---|
| **ATF Form** | | Application and Permit for Importation of Firearms, Ammunition and Implements of War |

| Processing Office | Imports Branch |
|---|---|
| Paper | 6 weeks |
| eForms | 13 days |

| Form 6 NIA | |
|---|---|
| ATF Form | Application/Permit for Temporary Importation of Firearms and Ammunition by Nonimmigrant Aliens |
| Processing Office | Imports Branch |
| Paper | 6 weeks |
| eForms | - |

| Form 7 | |
|---|---|
| ATF Form | Application for Federal Firearms License (FFL) |
| Processing Office | FFLC |
| Paper | 2 months |
| eForms | - |

| Form 9 | |
|---|---|
| ATF Form | Application and Permit for Permanent Exportation |
| Processing Office | NFA Division |
| Paper | 1 month |
| eForms | 10 days |

| Form 10 | |
|---|---|
| ATF Form | Application for Registration of Firearms Acquired by Certain Governmental Entities |
| Processing Office | NFA Division |
| Paper | 1 month |
| eForms | 80 days |

| Form 3311.4 | |
|---|---|
| ATF Form | Application for Alternate Means of Identification of Firearm(s) (Marking Variance) |
| Processing Office | FATD |
| Paper | 3 months |

| eForms | - |

| Form 5320.20 |
| **ATF Form** | Application to Transport Interstate or to Temporarily Export Certain National Firearms Act (NFA) Firearms |
| **Processing Office** | NFA Division |
| **Paper** | 1 month |
| **eForms** | - |

| Form 5400.13/ 5400.16 |
| **ATF Form** | Application for Explosives License or Permit (FEL/FEP) |
| **Processing Office** | FELC |
| **Paper** | 3 months |
| **eForms** | - |

| Form 5400.28 |
| **ATF Form** | Employee Possessor Questionnaire (EPQ) |
| **Processing Office** | FELC |
| **Paper** | 3 months |
| **eForms** | - |

# What we're doing to improve

ATF is currently applying additional overtime resources and providing an increased level of effort to the research and perfection of pipeline applications. ATF will continue to surge application processing 7 days a week.

ATF is also diligently working to bring tax paid applications to the eForms portal for efficient workflow management.

Lastly, all business processes are being re-examined to maximize efficiency of paper application handling and leverage technology where possible.

*Last Reviewed July 14, 2022*