UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ AL-AZHARI

**UNITED STATES' UNOPPPOSED MOTION FOR
LEAVE TO FILE MOTION EXCEEDING PAGE LIMIT**

The United States of America moves the Court to grant it leave to file an *ex parte* motion response that exceeds the page limit under the Local Rules. The United States contacted defense counsel for the Defendant, Muhammed Momtaz Al-Azhari, who does not oppose this motion. In support of the motion, the United States states as follows:

**MEMORANDUM OF LAW**

The United States is preparing to file a single, consolidated response to the Defendant's two motions to compel and for disclosure of materials under the Foreign Intelligence Surveillance Act ("FISA") (Docs. 248 and 249). That response is due on October 7, 2022. Doc. 252. Pursuant to Local Rule 3.01(b), the United States must limit a motion response to 20 pages. Currently, the United States' response is approximately 150 pages in length.

1

The United States requests that the Court grant it leave to file a motion of up to 150 pages. As explained in the United States' motion for an extension of time (Doc. 251), this is not a typical motion response. Extra pages are required both to explain the relevant law for FISA applications/suppression/disclosure as well as to address a variety of classified information, with citations to a supporting declaration from the federal intelligence community. The government believes that it is critical to fully address all of the relevant classified information and the equities involved. The United States submits that it is in the interests of justice to include all necessary arguments in one document, and that additional pages are needed to do so. This will also ensure that there is an ample record for any appeal in this case. The United States assures the Court that the motion, as currently drafted, does not contain extraneous information and that the requested length is not excessive.

As noted above, defense counsel does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court grant the United States leave to file *ex parte* a consolidated response to the motions for disclosure of FISA materials (Docs. 248 and 249) that is up to 150 pages in length.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Patrick D. Scruggs*
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
E-mail: patrick.scruggs@usdoj.gov

U.S. v. Muhammed Al-Azhari               Case No. 8:20-cr-206-TPB-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice electronic filing to the following:

Samuel Landes, Esq.

Adam Allen, Esq.

/s/ *Patrick D. Scruggs*
Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 140
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Email: patrick.scruggs@usdoj.gov