UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ AL-AZHARI  FILED WITH THE CLASSIFIED INFORMATION SECURITY OFFICER

*EX PARTE*
*IN CAMERA*

**UNDER SEAL**

**GOVERNMENT'S CLASSIFIED *IN CAMERA*, *EX PARTE* CONSOLIDATED RESPONSE TO DEFENDANT'S MOTIONS FOR AN ORDER COMPELLING DISCLOSURE OF MATERIALS UNDER THE FOREIGN INTELLIGENCE SURVEILLANCE ACT**

*(Redacted Docket Halfsheet)*

ROGER B. HANDBERG
United States Attorney
Middle District of Florida

PATRICK D. SCRUGGS
Assistant United States Attorney
Middle District of Florida

JOSHUA CHAMPAGNE
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice