UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ ALAZHARI

## DECLARATION AND CLAIM OF PRIVILEGE OF THE ASSISTANT ATTORNEY GENERAL FOR NATIONAL SECURITY

I, Matthew G. Olsen, hereby declare the following:

1. I am the Assistant Attorney General for National Security and an officer of the United States Department of Justice, an Executive Department of the United States. I have official custody of and control over the relevant files and records of the United States Department of Justice. The matters stated herein are based on my knowledge, on consideration of information available to me in my official capacity as the Assistant Attorney General for National Security, on discussions that I have had with other Justice Department officials, and on conclusions I have reached after my review of this information.

2. Under the authority of 50 U.S.C. §§ 1806(f) and 1825(g), I submit this declaration pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as

amended, in connection with the above-captioned criminal proceeding.[1] I have been advised that the Government presently intends to use information obtained or derived from FISA-authorized electronic surveillance and physical search in the criminal proceedings against the Defendant, Muhammed Momtaz Alazhari. *See* 50 U.S.C. §§ 1806(c), 1825(d). I understand that the Defendant was provided notice of the Government's intent to use FISA information and that the Defendant, by and through his attorney, has filed a motion seeking disclosure of the application(s) submitted to, and the order(s) issued by, the Foreign Intelligence Surveillance Court, as well as other related materials (hereinafter collectively referred to as the "FISA Materials") in anticipation of filing a motion to suppress information obtained or derived pursuant to FISA (hereinafter, the "Defendant's Motion"). The Government is opposing the Defendant's Motion. For the reasons set forth in the Government's opposition, it is necessary to provide this Court with the FISA Materials.

3.  Based on the facts and considerations set forth below, I hereby claim that it would harm the national security of the United States to disclose or hold an adversary hearing with respect to the FISA Materials. *See* 50 U.S.C. §§ 1806(f), 1825(g). The United States will be submitting the relevant classified documents to

---

[1] As defined in FISA, "Attorney General" means the Attorney General of the United States (or Acting Attorney General), the Deputy Attorney General, or, upon designation of the Attorney General, the Assistant Attorney General for National Security. *See* 50 U.S.C. §§ 1801(g), 1821(1). Such designation was made by then-Attorney General Eric H. Holder, Jr., on April 24, 2009.

this Court as part of a Sealed Appendix, so this Court may conduct an *in camera, ex parte* review of the FISA Materials. My Claim of Privilege also extends to the classified portions of any memoranda, briefs, or other documents the Government may file in connection with this litigation and to any oral representations that may be made by the Government that reference the classified information contained in the FISA Materials.

4. In support of my Claim of Privilege, the United States is submitting to the Court for *in camera, ex parte* review the Declaration of Kevin Vorndran, Acting Assistant Director, Counterterrorism Division, Federal Bureau of Investigation. The Declaration of Acting Assistant Director Vorndran sets forth in detail the specific facts on which my Claim of Privilege is based. The Declaration of Acting Assistant Director Vorndran is classified at the "SECRET" level. The FISA Materials are classified at the "TOP SECRET" and "SECRET" levels.

5. Relying on the facts set forth in the Declaration of Acting Assistant Director Vorndran, I certify that the unauthorized disclosure of the FISA Materials that are classified at the "TOP SECRET" level reasonably could be expected to cause exceptionally grave damage to the national security of the United States. I further certify that the unauthorized disclosure of the FISA Materials that are classified at the "SECRET" level reasonably could be expected to cause serious damage to the national security of the United States. The FISA Materials contain sensitive and classified information concerning United States intelligence sources and methods and other information related to efforts of the United States to conduct

3

counterterrorism investigations, including the manner and means by which those investigations are conducted. As a result, the unauthorized disclosure of the information could harm the national security interests of the United States.

6. I respectfully request that the Court treat the contents of the Sealed Appendix, for security purposes, in the same sensitive manner that the contents were treated in the submission to this Court, and to return the Sealed Appendix to the Department of Justice upon the disposition of the Defendant's Motion. The Department of Justice will retain the Sealed Appendix under the seal of the Court subject to any further orders of this Court or other courts of competent jurisdiction.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of September, 2022.

_____
Matthew G. Olsen
Assistant Attorney General for National Security