UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:20-cr-206-TPB-AEP

MUHAMMED ALAZHARI

_____/

### NOTICE OF INTENT TO DISCLOSE POSSIBLY CLASSIFIED INFORMATION

**NOW COMES** Defendant, by and through undersigned counsel, and provides notice of his intent to disclose possibly classified information.

### MEMORANDUM OF LAW

Defense counsel has prepared a motion to compel discovery of certain material. In support of the motion, defense counsel will include as an exhibit a Powerpoint presentation prepared by the National Security Agency that describes certain of the agency's capabilities, as well as limitations to those capabilities. The motion's memorandum of law will discuss the substance of the exhibit. The Powerpoint presentation is partially redacted and marked as "Top Secret." The presentation has been widely available in public sources for several years and is filed unsealed on Pacer in a different case. It is possible that the document was leaked from the agency with the classified marking intact, but has since been declassified by the agency. However, because the markings remain on the document that is publicly

available, Mr. Alazhari provides this notice under Section 5 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 5.

DATED this 2nd day of November 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
D.C. Bar No. 1552625
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email:  Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd of November 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Patrick Scruggs.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender