[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10455

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MUHAMMED MOMTAZ AL-AZHARI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00206-TPB-AEP-1

_____

2                       Opinion of the Court                       21-10455

Before WILSON, JILL PRYOR, and HULL, Circuit Judges.

PER CURIAM:

      The district court denied defendant-appellant Muhammed Momtaz Al-Azhari's January 15, 2021 motion for injunctive relief on the basis that it lacked jurisdiction over the administrative forfeiture proceedings. Mr. Al-Azhari concedes that the purpose of his motion was to require the government to retain the forfeited property indefinitely so that he might eventually regain possession of it. After review, and with the benefit of oral argument, we conclude that Mr. Al-Azhari's motion was an attempt to undo the forfeiture, and we agree with the district court that it lacked jurisdiction to do so. Accordingly, we affirm the district court's denial of Mr. Al-Azhari's motion. We also deny as moot the government's July 21, 2021 motion to dismiss the appeal.

      **AFFIRMED.**

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-10455-V
Case Style: USA v. Muhammed Al-Azhari
District Court Docket No: 8:20-cr-00206-TPB-AEP-1

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website. Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1.

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, <u>each party to bear own costs</u>.

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call <u>Bryon A. Robinson</u> at <u>(404) 335-6142</u>.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Jeff R. Patch
Phone #: 404-335-6151

OPIN-1A Issuance of Opinion