UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ AL-AZHARI,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant Muhammed Momtaz Al-Azhari's objection (Doc. 194) to the "Order on the Government's Classified *In Camera*, *Ex Parte* Memorandum of Law and Motion for Protective Order Pursuant to Sections 4 and 8 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure Rule 16(d)(1)," entered on September 13, 2021 (Doc. 187).[1]

United States Magistrate Judge Anthony E. Porcelli conducted a thorough *in camera*, *ex parte* review of the First CIPA motion, including all exhibits, the record in this case, and pertinent legal authorities. Judge Porcelli granted the motion in its entirety after concluding that the United States properly invoked the classified information privilege as to all of the subjects specified in the motion. More

---

[1] The unclassified order is filed at Doc. 187. The Court has reviewed both the unclassified order and the classified order, along with all other related filings.

specifically, in the classified order, the Court granted the United States' request to delete certain information from discovery, finding that the subject material is both (a) not discoverable and (b) not relevant and helpful to the defense, and authorized its deletion. Because he found that none of the information must be disclosed by the United States under any theory of discovery, Judge Porcelli authorized the United States to delete it from discovery.

On September 27, 2021, Defendant filed an objection to the order. (Doc. 194). A party may file objections to a magistrate judge's order on a non-dispositive pretrial matter within fourteen days after service of the order. Fed. R. Crim. P. 59(a). When objections are filed, the district court "must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous." *Id*. Because Defendant does not have access to the classified materials and cannot provide specific objections, Defendant made a general objection requesting review by the district court. Consequently, the Court has carefully and thoroughly reviewed the order, along with sealed and *ex parte* defense memorandum of law relating to the Classified Information Procedures Act (Doc. 154).

After an independent and *de novo* review of the record, the undersigned concurs with Judge Porcelli. Judge Porcelli's order is neither clearly erroneous nor contrary to law. Consequently, Defendant's objection is overruled, and Judge Porcelli's order shall remain the order of the Court.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Defendant's objection (Doc. 194) is **OVERRULED**, and Judge Porcelli's order (Doc. 187) shall remain the order of the Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>30th</u> day of November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**