UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-206-TPB-AEP

MUHAMMED MOMTAZ AL-AZHARI   FILED WITH THE CLASSIFIED INFORMATION SECURITY OFFICER

*IN CAMERA, EX PARTE*
**UNDER SEAL**

## GOVERNMENT'S *EX PARTE* RESPONSE TO THE COURT'S INQUIRIES

*(Redacted Docket Halfsheet)*

ROGER B. HANDBERG
United States Attorney

Patrick D. Scruggs
Assistant United States Attorney
United States Attorney No. 14
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Email: patrick.scruggs@usdoj.gov