# EXHIBIT 1

## CD CONTAINING TWO RECORDINGS:

Apr 30 2020 video_IMG_1001.MOV

May 16 2020 audio_f00cf6039ab845799e770e97f7d69d86.wav

**FILED WITH COURT AND PROVIDED TO DEFENSE VIA USAFX**