# EXHIBIT 2

UNCLASSIFIED//FOUO

File Number:
Task ID:
Audio File:          IMG_1001.MOV.

[TN: English is in Italics].

*Hey you! Get on the floor; get on the floor now. Don't you move, don't you move I'm telling you, I will kill you. Get on the floor.* God willing, the Almighty. *Get on the floor*. God willing the Almighty. This is a revenge for my monotheist brothers in Guantanamo in general and my brother Tariq Ba'udah in particular, God willing, Glory to Him the Almighty; God willing this is a revenge for all my Muslim brothers in Iraq and Syria and everywhere whom they were killed at the hands of these filthy crusaders. In the name of God, God is the Greatest. God willing, the Almighty, the Islamic State remains, God willing.

[End of video]

============================