# EXHIBIT 3

**Audio:** f00cf6039ab845799e770e97f7d69d86.wav: 5/16/2020 audio recording of Muhammed Al-Azhari

**PARTICIPANTS:**

MAA: Muhammed Al-Azhari

**TRASLATION KEY:**

UI: UNINTELLIGIBLE

[]: NOISE NOTATIONS OR TRANSLATOR'S NOTES

================================================================

[BEGIN TAPE 1:39]

MAA: Know America. Today is your emergency . . . Today we kill from you guys like you killed from us. I pledge allegiance to Sheik Abu Ibrahim al-Hashimi [UI] . . . when you consider what I'm about to do.

[END TAPE 2:18]